FORM B5
(12/02)

| United States Bankruptcy Court | INVOLUNTARY PETITION |
|---|---|

Eastern **District of** New York

| IN RE (Name of Debtor - If Individual: Last, First, Middle) | ALL OTHER NAMES used by debtor in the last 6 years (Include married, maiden, and trade names.) |
|---|---|
| Jacobs, Herman | Herman Jacobowitz<br>Herman Jakobowitz |

SOC. SEC./TAX I.D. NO. (If more than one, state all.)
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

| STREET ADDRESS OF DEBTOR (No. and street, city, and zip code)<br>116 Rutledge Street<br>Brooklyn, NY 11211 | MAILING ADDRESS OF DEBTOR (If different from street address) |
|---|---|

COUNTY OF RESIDENCE OR
PRINCIPAL PLACE OF BUSINESS
Kings

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR  (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

[X] Chapter 7      [ ] Chapter 11

## INFORMATION REGARDING DEBTOR (Check applicable boxes)

Petitioners believe:
[ ] Debts are primarily consumer debts
[X] Debts are primarily business debts (complete sections A and B)

TYPE OF DEBTOR
[X] Individual          [ ] Corporation Publicly Held
[ ] Partnership      [ ] Corporation Not Publicly Held
[ ] Other: _____

### A.  TYPE OF BUSINESS (Check one)
[ ] Professional
[ ] Retail/Wholesale
[ ] Railroad
[ ] Transportation
[ ] Manufacturing/ Mining
[ ] Stockbroker
[ ] Commodity Broker
[ ] Construction
[ ] Real Estate
[X] Other

### B.  BRIEFLY DESCRIBE NATURE OF BUSINESS
The debtor is a personal guarantor of certain unpaid debts owed by M. Sobol, Inc., Allou Distributors, Inc., Direct Fragrances, Inc. and Standard Personal Care Manufacturing, Inc.

### VENUE

[X] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

[X] A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District.

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor<br>1. Allou Distributors, Inc., et al.<br>2. Allou Healthcare, Inc. | Case Number<br>1. 03-82321 (Jointly Administered)<br>2. 03-82662 | Date<br>1. April 9, 2003<br>2. April 18, 2003 |
|---|---|---|
| Relationship<br>1. & 2. affiliate, as defined in 11 U.S.C. 101(2) | District<br>1.&2. EDNY - Central Islip | Judge<br>1.&2. Cyganowski |

### ALLEGATIONS
(Check applicable boxes)

COURT USE ONLY

1. [X] Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).

2. [X] The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.

3.a. [X] The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute;

or

b. [ ] Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

*If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*

FORM 5 Involuntary Petition
(12/02)

Name of Debtor _____
Herman Jacobs
_____

Case No. _____
(court use only)

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _____ EVP          X _____     6/6/03
Signature of Petitioner or Representative (State title)          Signature of Attorney          Date
**Congress Financial Corporation**
Name of Petitioner          Date Signed 6/6/03

Name & Mailing
Address of Individual     **1133 Avenue of the Americas**
Signing in Representative
Capacity          **New York, NY 10036**

Name of Attorney Firm (If any)
**Otterbourg, Steindler, Houston & Rosen, P.C.**
Address
**230 Park Avenue, New York, NY 10169**
Telephone No.
     **(212) 661-9100**

X _____
Signature of Petitioner or Representative (State title)
**Citibank, N.A.**
Name of Petitioner          Date Signed

Name & Mailing
Address of Individual     **388 Greenwich Street**
Signing in Representative
Capacity          **New York, NY 10013**

X _____
Signature of Attorney          Date

Name of Attorney Firm (If any)
**Otterbourg, Steindler, Houston & Rosen, P.C.**
Address
**230 Park Avenue, New York, NY 10169**
Telephone No.
     **(212) 661-9100**

X _____
Signature of Petitioner or Representative (State title)
**LaSalle Business Credit, Inc.**
Name of Petitioner          Date Signed

Name & Mailing
Address of Individual     **1735 Market Street**
Signing in Representative     **Suite 660**
Capacity          **Philadelphia, PA 19103**

X _____
Signature of Attorney          Date

Name of Attorney Firm (If any)
**Otterbourg, Steindler, Houston & Rosen, P.C.**
Address
**230 Park Avenue, New York, NY 10169**
Telephone No.
     **(212) 661-9100**

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| **Congress Financial Corporation** **1133 Avenue of the Americas, NY, NY 10036** | **See attached Rider** | **$3,250,000** * |
| **Citibank, N.A.** **388 Greenwich Street, NY, NY 10013** | **See attached Rider** | **$1,250,000** * |
| **LaSalle Business Credit, Inc.** **1735 Market Street, Suite 660** **Philadelphia, PA 19103** | **See attached Rider** | **$1,000,000** * |

| Note: | If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims **$5,500,000** |
|---|---|---|

## * This amount does not include interest, costs and other charges and claims against the debtor.

Name of Debtor    Herman Jacobs _____

FORM 5 Involuntary Petition
(12/02)

Case No. _____

(court use only)

| TRANSFER OF CLAIM |
|---|

☐  Check this box if there has been a transfer of any claim against the debtor by or to any petitioner.  Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

| REQUEST FOR RELIEF |
|---|

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code,  specified in this petition.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _____
Signature of Petitioner or Representative (State title)
 **Congress Financial Corporation**
Name of Petitioner          Date Signed

Name & Mailing
Address of Individual        **1133 Avenue of the Americas**
Signing in Representative
Capacity                     **New York, NY 10036**

X _____
Signature of Attorney                Date

Name of Attorney Firm (If any)
 **Otterbourg, Steindler, Houston & Rosen, P.C.**
Address
 **230 Park Avenue, New York, NY 10169**
Telephone No.
 **(212) 661-9100**

---

X _____
Signature of Petitioner or Representative (State title)
 **Citibank, N.A.**
Name of Petitioner          Date Signed

Name & Mailing
Address of Individual        **388 Greenwich Street**
Signing in Representative .
Capacity                     **New York, NY 10013**

X _____
Signature of Attorney                Date

Name of Attorney Firm (If any)
 **Otterbourg, Steindler, Houston & Rosen, P.C.**
Address
 **230 Park Avenue, New York, NY 10169**
Telephone No.
 **(212) 661-9100**

---

X _____
Signature of Petitioner or Representative (State title)
 **LaSalle Business Credit, Inc.**   *EVP  6/6/03*
Name of Petitioner          Date Signed

Name & Mailing
Address of Individual        **1735 Market Street**
Signing in Representative    **Suite 660**
Capacity                     **Philadelphia, PA 19103**

X _____    6/6/03
Signature of Attorney                Date

Name of Attorney Firm (If any)
 **Otterbourg, Steindler, Houston & Rosen, P.C.**
Address
 **230 Park Avenue, New York, NY 10169**
Telephone No.
 **(212) 661-9100**

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner<br> **Congress Financial Corporation**<br> **1133 Avenue of the Americas, NY, NY 10036** | Nature of Claim<br><br>See attached Rider | Amount of Claim<br><br>**$3,250,000** * |
| Name and Address of Petitioner<br> **Citibank, N.A.**<br> **388 Greenwich Street, NY, NY 10013** | Nature of Claim<br><br>See attached Rider | Amount of Claim<br><br>**$1,250,000** * |
| Name and Address of Petitioner<br> **LaSalle Business Credit, Inc.**<br> **1735 Market Street, Suite 660**<br> **Philadelphia, PA 19103** | Nature of Claim<br><br>See attached Rider | Amount of Claim<br><br>**$1,000,000** * |
| Note:   If there are more than three petitioners, attach additional sheets with the statement  under<br>penalty of perjury, each petitioner's signature under the statement and the name of attorney<br>and petitioning creditor information in the format above. | | Total Amount of<br>Petitioners' Claims<br> **$5,500,000** |

**\* This amount does not include interest, costs and other charges and claims against the debtor.**

FORM 5 Involuntary Petition
(12/02)

Name of Debtor    Herman Jacobs

Case No. _____
(court use only)

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner.  Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _____
Signature of Petitioner or Representative (State title)
**Congress Financial Corporation**
Name of Petitioner                    Date Signed

Name & Mailing
Address of Individual    **1133 Avenue of the Americas**
Signing in Representative
Capacity    **New York, NY 10036**

X _____
Signature of Attorney                    Date

Name of Attorney Firm (If any)
**Otterbourg, Steindler, Houston & Rosen, P.C.**
Address
**230 Park Avenue, New York, NY 10169**
Telephone No.
**(212) 661-9100**

X _Keith Michaels_  6/9/03
Signature of Petitioner or Representative (State title)
**Citibank, N.A.**
Name of Petitioner                    Date Signed

Name & Mailing
Address of Individual    **388 Greenwich Street**
Signing in Representative .
Capacity    **New York, NY 10013**

X _a_____  6/9/03
Signature of Attorney                    Date

Name of Attorney Firm (If any)
**Otterbourg, Steindler, Houston & Rosen, P.C.**
Address
**230 Park Avenue, New York, NY 10169**
Telephone No.
**(212) 661-9100**

X _____
Signature of Petitioner or Representative (State title)
**LaSalle Business Credit, Inc.**
Name of Petitioner                    Date Signed

Name & Mailing
Address of Individual    **1735 Market Street**
Signing in Representative    **Suite 660**
Capacity    **Philadelphia, PA 19103**

X _____
Signature of Attorney                    Date

Name of Attorney Firm (If any)
**Otterbourg, Steindler, Houston & Rosen, P.C.**
Address
**230 Park Avenue, New York, NY 10169**
Telephone No.
**(212) 661-9100**

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| **Congress Financial Corporation** **1133 Avenue of the Americas, NY, NY 10036** | See attached Rider | **$3,250,000** * |
| **Citibank, N.A.** **388 Greenwich Street, NY, NY 10013** | See attached Rider | **$1,250,000** * |
| **LaSalle Business Credit, Inc.** **1735 Market Street, Suite 660** **Philadelphia, PA 19103** | See attached Rider | **$1,000,000** * |
| Note:    If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims **$5,500,000** | |

**\* This amount does not include interest, costs and other charges and claims against the debtor.**

## RIDER TO INVOLUNTARY PETITION

1.      Congress Financial Corporation ("Congress"), in its capacity as Agent pursuant to the Loan Agreement (as hereinafter defined) acting for and on behalf of the financial institutions which are parties to the Loan Agreement as lenders (in such capacity "Agent"), and the financial institutions which are parties to the Loan Agreement as lenders (collectively, "Lenders") entered into financing arrangements with M. Sobol, Inc. ("Sobol"), Allou Distributors, Inc. ("Distributors"), Direct Fragrances, Inc. ("Direct ") and Stanford Personal Care Manufacturing, Inc. ("Stanford", and together with Sobol, Distributors and Direct, collectively, "Borrowers"), pursuant to which the Lenders made loans and advances and provided other financial accommodations to the Borrowers as set forth in the Loan and Security Agreement, dated September 4, 2001 (the "Loan Agreement").

2.      Upon information and belief, at the time the Loan Agreement was executed Victor Jacobs a/k/a Victor Jacobowitz a/k/a Victor Jakobowitz ("Victor") was the Chairman of the Board of the Borrowers, Herman Jacobs a/k/a Herman Jacobowitz a/k/a Herman Jakobowitz ("Herman") was the Chief Executive Officer and a Director of the Borrowers, and Jacob Jacobs a/k/a Jacob Jacobowitz a/k/a Jack Jacobs ("Jack," and collectively with Victor and Herman, the "Jacobs") was the Executive Vice President and a Director of the Borrowers. The Jacobs hold fifty-one percent (51%) of the stock of Allou Healthcare, Inc. ("Allou"), the parent corporation of the Borrowers, and are also officers and directors of the Allou.

3.      On or about September 4, 2001, in consideration of the benefits which would accrue to the Jacobs and Allou, and as an inducement for and in consideration of the Lenders making loans and advances and providing other financial accommodations to the Borrowers pursuant to the Loan Agreement, the Jacobs made, executed and delivered to Congress, as a Lender and as Agent for the Lenders, their absolute and

unconditional, joint and several, guarantee of payment of, among other things, all obligations, liabilities and

indebtedness of any kind, nature and description of each of the Borrowers to the Lenders, including principal,

interest, charges, fees, costs and expenses (the "Guarantee"). The Guarantee was limited to the amount of

$10,000,000, together with interest, costs and expenses as provided therein.

4.    In September 2002, a fire at the Borrowers' Brooklyn, New York warehouse resulted in the

destruction of inventory having a reported retail value of approximately $100,000,000. The inventory was

insured and Congress, as a Lender and Agent for the Lenders, was the loss payee under the policies. Allou and

Congress are currently co-plaintiffs in an action against the insurance companies which is pending in the

Supreme Court of the State of New York, County of New York, to recover amounts due under the policies.

Notwithstanding the destruction of a substantial portion of their collateral and the insurers' refusal to make

payments under the policies, the Lenders agreed to amend the Loan Agreement and to continue to make loans

and advances to the Borrowers as set forth in Amendment No. 1 to the Loan Agreement dated as of December

19, 2002 (the "Amendment").

5.    Under the terms of the Amendment, $51,000,000 of the outstanding indebtedness, designated

in the Amendment as the "Supplemental Loans," would become due upon the earlier of the date of payment

of the insurance claims in an amount equal to the Supplemental Loans or December 31, 2002, unless extended

pursuant to the terms of the Amendment. Although the insurance claims were not paid, as a further

accommodation to the Borrowers, the Lenders granted the Borrowers extensions through March 31, 2003 in

accordance with letter agreements dated as of January 31, 2003 and February 28, 2003.

6.    The Borrowers failed to pay the Supplemental Loan when it became due on March 31, 2003.

As a result of this default, as well as other "Events of Default" as defined in the Loan Agreement, the Lenders

exercised their right to accelerate, and demand payment of, the entire indebtedness due the Lenders, notice of

which was sent to the Borrowers and the Jacobs' counsel on April 8, 2003 and to the Jacobs themselves on

April 14, 2003. As of May 29, 2003, the total amount of indebtedness due and owing by the Borrowers to

the Lenders under the Loan Agreement was not less than $168,051,967, plus all interest, fees, costs and

expenses chargeable with respect thereto.

7.      On April 9, 2003, Congress, Citibank N.A. and LaSalle Business Credit, Inc. (the "Petitioning

Creditors"), each of which is a Lender under the Loan Agreement, filed Involuntary Petitions under Chapter

11 of the United States Bankruptcy Code against each of the Borrowers in the United States Bankruptcy

Court, Eastern District of New York.   That same day, the Borrowers filed a consent to the bankruptcy

proceedings in the Bankruptcy Court.

8.      As of June 5, 2003, the Jacobs have failed to pay the Lenders any of the amounts

unconditionally due and owing under the Guarantee.

9.      Upon information and belief, on or about April 15, 2003, the Jacobs allowed a $3.2 million

Judgment to be entered against them in the Supreme Court of the State of New York, County of Kings, in favor

of an entity known as Eurofactors International having a post office box in Zurich, Switzerland as its reported

address.   A copy of the Judgment and the Affidavit of Confession of Judgment executed by the Jacobs is

annexed hereto as Exhibit A.

EXHIBIT "A"

SUPREME COURT OF THE STATE OF N:
COUNTY OF KINGS

Index No. *1421 0/03*
Address of Plaintiff:

| | |
|---|---|
| Eurofactors International | P.O.E. 1716 |
| Plaintiff(s) | CH 8040 |
| against | ZURICH SWITZERLAND |
| Jacob Jabobowitz, and | |
| Herman Jacobowitz, and | |
| Victor Jacobowitz | **JUDGMENT BY** |
| Defendant(s) | **CONFESSION** |

| | | |
|---|---|---|
| Amount Confessed | - - - - - - - - - - - - - - - - - - - - - - - - $ | 3,200,000.00 |
| Interest | - - - - - - - - - - - - - - - - - - - - - - - - | 0.00 |
| | $ | 0.00 |
| Costs by Statute | - - - - - - - - - - - - - - - - - - - - - - - - | 0.00 |
| Transcript | - - - - - - - - - - - - - - - - - - - - - - - - | 0.00 |
| Fees on Execution | - - - - - - - - - - - - - - - - - - - - - - - - | 0.00 |
| Satisfaction | - - - - - - - - - - - - - - - - - - - - - - - - | 0.00 |
| Filing Fee | - - - - - - - - - - - - - - - - - - - - - - - - | 0.00 |
| | Total      $ | 3,200,000.00 |

STATE OF NEW YORK, COUNTY OF

**ATTORNEY'S AFFIRMATION**

The undersigned, attorney at law of the State of New York, affirms that        he is    *the*

attorney(s) of record for the plaintiff       herein and states that the disbursements above specified are correct and true and have been  or  will necessarily be made or incurred herein and are reasonable in    amount and affirms  this statement to be true under penalties of perjury.

Dated:

Print Name Beneath Signature    *CARL CALLER*

JUDGMENT entered the                        day of
On filing the foregoing affidavit of Confession of Judgment made by the defendant              herein, sworn to
the               day of
NOW ON MOTION OF  Carl Caller of N.C. Caller, P.C., 1481 42ndStreet, BKLYN
attorney(s) for plaintiff   it is                                                                                   NY11:
ADJUDGED that   EUROFACTORS INTERNATIONAL                        plaintiff(s)
residing at *P.O.B 1716 CH 840, ZURICH, SWITZERLAND*
do recover of  Jacob Jacobowitz, Herman Jacobowitz and Victor Jacobowitz     defendant(s)
residing at *JACOB 971 HOOPER BKLYN HERMAN RUTLEDGE BKLYN   VICTOR 76 PENN GREEN, BKLYN, NY*
the sum of *3,200,000* with interest of $       0.00 making a total of $       0.00
together with $        0.00 costs and disbursements, amounting in all to the sum of $ 3,200,000.00
and that plaintiff   have execution thereof.

_____ Clerk

Index No. *1421 0/03*        COURT                COUNTY OF

# Affidavit and Judgment by Confession

Carl Caller

| | |
|---|---|
| Eurofactors International | Attorney(s) for ___ *my* |
| Plaintiff(s) | |
| against | Office and Post Office Address |
| Jacob Jacobowitz | 1481 42nd Street |
| Herman Jacobowitz | Brooklyn, New York 11219 |
| Victor Jacobowitz | |
| Defendant(s) | |

Stembera Excelsior, Publisher, NYC 10013

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

Index No. 14210/03

Eurofactors International

Plaintiff(s)

against

Jacob Jacobowitz, and
Herman Jacobowitz, and
Victor Jacobowitz

Defendant(s)

**AFFIDAVIT OF
CONFESSION OF
JUDGMENT**

STATE OF NEW YORK, COUNTY OF KINGS                    ss.:

Jacob Jacobowitz, Herman
Jacobowitz and Victor Jacobowitz being duly sworn, deposes and says: that deponent is

the defendant herein.

The defendant hereby confesses judgment herein and authorizes entry thereof against defendant in the sum of $ 3,200,000    THREE MILLION TWO HUNDRED THOUSAND AND xx/100 Dollars
Defendant resides at (Jacob) 171 Hooper (Herman) 116 Ruleage St (Victor) 176 Penn St.
Brooklyn N.Y    Brooklyn NY    Brooklyn, NY
in the County of    Kings    State of    New York    . Defendant authorizes entry
of judgment in Supreme Court, and State of New York
Kings    County, New York, if said residence address is not in New York State.

This confession of judgment is for a debt justly    due to the plaintiff arising from
the following facts:

On or about March 3, 2003, Plaintiff advanced the sum of $ 3,200,000.00 to Defendants as a loan to be repaid in full by April 3, 2003 ("Maturity"). Defendant has not repaid said loan at Maturity and is in default.

Defendants acknowledge that they are the (actual or beneficial) owners of the following properties and authorize this judgement to be recorded against such properties:

1) Boro: 3, Block: 1942, Lot: 6        5) Boro: 3, Block: 2200, Lot: 1203
2) Boro: 3, Block: 2224, Lot: 1306     6) Boro: 3, Block: 2219, Lot:12
3) Boro: 3, Block: 3149, Lot: 1        7) Boro: 3, Block: 2186, Lot: 1020
4) Boro: 3, Block: 2375, Lot: 16

This affidavit, if made in connection with an agreement for the purchase for $1,500.00 or less of any commodities for any use other than a commercial or business use upon any plan of deferred payments whereby the price or cost is payable in two or more installments, was executed subsequent to the time a default occurred in the payment of an installment thereunder.

Sworn to before me this
15th day of April, 2003

Carl Caller
Notary Pub

* Strike out matter in parenthesis if defendant is individual.
** Insert words "to become" if debt is not yet due.
*If in a city court, insert name of court, UCCA sec. 1403.

CARL CALLER
NOTARY PUBLIC. State of New York
No. 01CA4665283
Qualified in Kings County
Commission Expires Feb. 28, 2007

The name signed must be printed beneath

x _____
Jacob Jacobowitz

x _____
Herman Jacobowitz

x _____
Victor Jacobowitz

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

## STATEMENT PURSUANT TO LOCAL
## BANKRUPTCY RULE 1073-2(b)

**DEBTOR(S):** Herman Jacobs _____ **CASE NO.:** _____

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within six years before the filing of the new petition, and the debtors in such cases: **(i)** are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

☐ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

☑ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. **CASE NO.:** 03-82321 _____ **JUDGE:** Cyganowski _____ **DISTRICT/DIVISION:** EDNY - Central Islip

**CASE STILL PENDING (Y/N):** Y ___   *[If closed]* Date of closing: _____

**CURRENT STATUS OF RELATED CASE:** Creditors' Committee and Chapter 11 Trustee appointed. _____
    (Discharged/awaiting discharge, confirmed, dismissed, etc.)

**MANNER IN WHICH CASES ARE RELATED** *(Refer to NOTE above)*: See Notes (iii) and (vii) above. _____

**REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO  LISTED IN SCHEDULE "A" OF RELATED CASE:** _____

_____


2. **CASE NO.:** 03-82323 _____ **JUDGE:** Cyganowski _____ **DISTRICT/DIVISION:** EDNY - Central Islip

**CASE STILL PENDING (Y/N):** Y ___   *[If closed]* Date of closing: _____

**CURRENT STATUS OF RELATED CASE:** Creditors' Committee and Chapter 11 Trustee appointed. _____
    (Discharged/awaiting discharge, confirmed, dismissed, etc.)

**MANNER IN WHICH CASES ARE RELATED** *(Refer to NOTE above)*: See Notes (iii) and (vii) above. _____

**REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE:** _____

_____

**(OVER)**

**DISCLOSURE OF RELATED CASES (cont'd)**

3. CASE NO.: 03-82324_____    JUDGE: Cyganowski_____    DISTRICT/DIVISION: EDNY- Central Islip

CASE STILL PENDING (Y/N): Y____    [If closed] Date of closing:_____

CURRENT STATUS OF RELATED CASE: Creditors' Committee and Chapter 11 Trustee appointed.
_____
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED (Refer to NOTE above): See Notes (iii) and (vii) above.
_____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED
IN SCHEDULE "A" OF RELATED CASE:_____

_____

*NOTE:* Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors. Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): Y____

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except as indicated elsewhere on this form.

_____        _____
Signature of Debtor's Attorney            Signature of Pro Se Debtor/Petitioner

                                          230 Park Avenue
                                          _____
                                          Mailing Address of Debtor/Petitioner

                                          New York, New York 10169
                                          _____
                                          City, State, Zip Code

                                          (212)661-9100
                                          _____
                                          Area Code and Telephone Number

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING. Dismissal of your petition may otherwise result.

ADDENDUM TO
STATEMENT PURSUANT TO LOCAL BANKRUPTCY RULE 1073-2(b)

4. CASE NO. : <u>03-82325</u>      JUDGE: <u>Cyganowski</u>      DISTRICT/DIVISION: <u>EDNY - Central Islip</u>

CASE STILL PENDING (Y/N): <u>Y</u>    {If closed} Date of Closing: _____

CURRENT STATUS OF RELATED CASE:   <u>Creditors' Committee and Chapter 11 Trustee appointed.</u>
                                  (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED: <u>See Notes (iii) and (vii) above.</u>_____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS
ALSO LISTED IN SCHEDULE "A" OF RELATED CASE:_____
_____


5. CASE NO. : <u>03-82660</u>      JUDGE: <u>Cyganowski</u>      DISTRICT/DIVISION: <u>EDNY - Central Islip</u>

CASE STILL PENDING (Y/N): <u>Y</u>    {If closed} Date of Closing: _____

CURRENT STATUS OF RELATED CASE:   <u>Creditors' Committee and Chapter 11 Trustee appointed.</u>
                                  (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED: <u>See Notes (iii) and (vii) above.</u>_____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS
ALSO LISTED IN SCHEDULE "A" OF RELATED CASE:_____
_____


6. CASE NO. : <u>03-82661</u>      JUDGE: <u>Cyganowski</u>      DISTRICT/DIVISION: <u>EDNY - Central Islip</u>

CASE STILL PENDING (Y/N): <u>Y</u>    {If closed} Date of Closing: _____

CURRENT STATUS OF RELATED CASE:   <u>Creditors' Committee and Chapter 11 Trustee appointed.</u>
                                  (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED: <u>See Notes (iii) and (vii) above.</u>_____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS
ALSO LISTED IN SCHEDULE "A" OF RELATED CASE:_____
_____

218136-3

7. CASE NO. : <u>03-82662</u>        JUDGE: <u>Cyganowski</u>        DISTRICT/DIVISION: <u>EDNY - Central Islip</u>

CASE STILL PENDING (Y/N): <u>Y</u>    {If closed} Date of Closing: _____

CURRENT STATUS OF RELATED CASE:    <u>Involuntary Chapter 11 - Order for Relief Pending.</u>
                                        (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED: <u>See Notes (iii) and (vii) above.</u>

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS
ALSO LISTED IN SCHEDULE "A" OF RELATED CASE:_____

_____


8. CASE NO. : <u>03-82838</u>        JUDGE: <u>Cyganowski</u>        DISTRICT/DIVISION: <u>EDNY - Central Islip</u>

CASE STILL PENDING (Y/N): <u>Y</u>    {If closed} Date of Closing: _____

CURRENT STATUS OF RELATED CASE:    <u>Creditors' Committee and Chapter 11 Trustee appointed.</u>
                                        (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED: <u>See Notes (iii) and (vii) above.</u>

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS
ALSO LISTED IN SCHEDULE "A" OF RELATED CASE:_____

_____


9. CASE NO. : <u>03-82839</u>        JUDGE: <u>Cyganowski</u>        DISTRICT/DIVISION: <u>EDNY - Central Islip</u>

CASE STILL PENDING (Y/N): <u>Y</u>    {If closed} Date of Closing: _____

CURRENT STATUS OF RELATED CASE:    <u>Creditors' Committee and Chapter 11 Trustee appointed.</u>
                                        (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED: <u>See Notes (iii) and (vii) above.</u>

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS
ALSO LISTED IN SCHEDULE "A" OF RELATED CASE:_____

_____

10. CASE NO. : <u>03-82840</u>        JUDGE: <u>Cyganowski</u>        DISTRICT/DIVISION: <u>EDNY - Central Islip</u>

CASE STILL PENDING (Y/N): <u>Y</u>    {If closed} Date of Closing: _____

CURRENT STATUS OF RELATED CASE:    <u>Creditors' Committee and Chapter 11 Trustee appointed</u>.
                                   (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED: <u>See Notes (iii) and (vii) above.</u>_____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS
ALSO LISTED IN SCHEDULE "A" OF RELATED CASE:_____

_____


11. CASE NO. : <u>03-82841</u>        JUDGE: <u>Cyganowski</u>        DISTRICT/DIVISION: <u>EDNY - Central Islip</u>

CASE STILL PENDING (Y/N): <u>Y</u>    {If closed} Date of Closing: _____

CURRENT STATUS OF RELATED CASE:    <u>Creditors' Committee and Chapter 11 Trustee appointed.</u>
                                   (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED: <u>See Notes (iii) and (vii) above.</u>_____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS
ALSO LISTED IN SCHEDULE "A" OF RELATED CASE:_____

_____

218136-3