OTTERBOURG, STEINDLER, HOUSTON
& ROSEN, P.C.
Counsel for Petitioning Creditors
230 Park Avenue
New York, New York 10169-0075
Jonathan N. Helfat (JH - 9484)
Richard G. Haddad (RH - 6438)
Anthony J. Carone (AC - 0131)
Tel. No.: (212) 661-9100

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
In re:                                        :        Involuntary Chapter 7
                                              :
                                              :        Case No. 8-03-84455
HERMAN JACOBS,                                :
                                              :
              Alleged Debtor.                 :
-----------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Anthony J. Carone, an attorney duly admitted to practice before this Court, hereby certify that on July 2, 2003, I caused a copy of the SUMMONS TO DEBTOR IN INVOLUNTARY CASE and INVOLUNTARY PETITION to be served on the Alleged Debtor, at 116 Rutledge Street, Brooklyn, New York 11211 by both first class mail and certified first class mail, and on the Office of the U.S. Trustee, Long Island Federal Courthouse, 560 Federal Plaza, Central Islip, New York 11722 by first class mail.

Dated: New York, New York
       July 3, 2003
                                              OTTERBOURG, STEINDLER, HOUSTON
                                                 & ROSEN, P.C.


                                              By: /s/ Anthony J. Carone
                                                  Anthony J. Carone (AC 0131)
                                                  Attorneys for Petitioning Creditors
                                                  230 Park Avenue
                                                  New York, New York 10169
                                                  (212) 661-9100

229874-1