UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re

HERMAN JACOBS, a/k/a HERMAN                    Chapter 7
JACOBOWITZ, a/k/a HERMAN JACOBOVITZ,
                                                Case No. 03-84455 (MLC)
                        Debtor.
-----------------------------------------------------------------x

## SCHEDULES AND STATEMENTS OF FINANCIAL AFFAIRS

Allan B. Mendelsohn, the Chapter 7 trustee (the "Trustee") has prepared Schedules of Assets and Liabilities and the Statement of Financial Affairs (collectively, the "Schedules") by relying on certain information made available to, obtained by and compiled by the Trustee and his attorneys. The Schedules have been prepared based upon the limited and, in some instances, incomplete information made available to, obtained by and compiled by the Trustee and his attorneys through discovery and from other sources. The above-captioned debtor has broadly asserted his Fifth Amendment privilege against self incrimination with respect to every aspect of this Chapter 7 bankruptcy case and has not supplied the Trustee with the documents and information necessary to complete the Schedules.

This Chapter 7 case is being jointly administered with the Chapter 7 cases of Victor Jacobs, Case No. 03-84456 (MLC) and Jacob Jacobs, Case No. 03-84457 (MLC). The Trustee has attempted to prepare separate schedules and statements of financial affairs for each of the debtors and has separated assets and liabilities where the Chapter 7 Trustee could reasonably do so.

The Trustee does not make any representation regarding the accuracy or completeness of the information contained in the Schedules. The Trustee reserves the right to update, supplement and amend the Schedules. Nothing contained or described herein should be deemed as an admission or waiver of any of the Trustee's rights, defenses or remedies in connection with this Chapter 7 case or the Chapter 7 cases of Victor Jacobs and Jacob Jacobs.

When the Schedules indicate that a claim is secured only in part or entitled to priority only in part, it has been listed only once. A claim which is secured in whole or in part is listed in Schedule "B" only and a claim which is entitled to priority in whole or in part is listed in Schedule "E" only. The same claim has not been listed twice.

When the Schedules indicate "None" in response to a question that merely indicates that the Trustee is unaware of any response to the question to the best of the Trustee's knowledge, information and belief based upon the information made available to, obtained by or compiled by the Trustee.

When the Schedules indicate 0.00 as a subtotal or total, such amount should be read as unknown.

# United States Bankruptcy Court
## Eastern District of New York

In re **Herman Jacobs**  
                Debtor(s)

Case No. **03-84455 (MLC)**  
Chapter **7**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | Unknown | | |
| B - Personal Property | Yes | 4 | Unknown | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | Unknown | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 4 | | Unknown | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 33 | | Unknown | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | Unknown |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | Unknown |
| Total Number of Sheets of ALL Schedules | | 48 | | | |
| Total Assets | | | Unknown | | |
| Total Liabilities | | | | Unknown | |

In re   **Herman Jacobs**                                             ,   Case No. __03-84455 (MLC)__
Debtor

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. (See Schedule D.) If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Unknown** | **Unknown** | - | **Unknown** | **Unknown** |

|  |  |  |
|---|---|---|
| Sub-Total > | 0.00 | (Total of this page) |
| Total > | 0.00 |  |

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                                    Best Case Bankruptcy

In re   **Herman Jacobs**                                                                                           Case No.   __03-84455 (MLC)__
                                            Debtor

## SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | unknown | - | Unknown |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Fidelity Investments, Account No. X07-405876 | - | Unknown |
| | | Delaware Investments, Account No. 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 | - | Unknown |
| | | Fleet National Bank | - | Unknown |
| | | The Bank of New York, Account No. 6900059742 | - | Unknown |
| | | Salomon Smith Barney, Account Nos. 31307471 and 31312185 | - | Unknown |
| | | Bear Stearns Corp., Account No. 626-61305 | - | Unknown |
| | | J.W. Genesis Securities, Inc. | - | Unknown |
| | | CIBC Oppenheimer, Account No. 091-62024 | - | Unknown |
| | | Reserve Funds, Account No. 511-89-066 | - | Unknown |
| | | Kirkland Securities, Inc., Account No. 4654-9249 | - | Unknown |
| | | Fleet One, Account No. 715423900 | - | Unknown |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | unknown | - | Unknown |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | unknown | - | Unknown |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | unknown | - | Unknown |

                                                                                              Sub-Total >         0.00
                                                                                        (Total of this page)

__3__  continuation sheets attached to the Schedule of Personal Property

In re **Herman Jacobs**, Debtor        Case No. **03-84455 (MLC)**

## SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| | Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 6. | Wearing apparel. | | unknown | - | Unknown |
| 7. | Furs and jewelry. | | unknown | - | Unknown |
| 8. | Firearms and sports, photographic, and other hobby equipment. | | unknown | - | Unknown |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Met Life Insurance policy, Policy No. 200005195A, insuring Ben Zion Jacobowitz | - | Unknown |
| | | | Met Life Insurance Policy, insuring David Jacobowitz | - | Unknown |
| 10. | Annuities. Itemize and name each issuer. | | unknown | - | Unknown |
| 11. | Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | Delaware Investments Allou Health and Beauty 401k | - | Unknown |
| | | | Fleet One, Account No. 8041990836 | - | Unknown |
| | | | unknown | - | Unknown |
| 12. | Stock and interests in incorporated and unincorporated businesses. Itemize. | | See Rider to Schedule B Question 12 | - | Unknown |
| 13. | Interests in partnerships or joint ventures. Itemize. | | See Rider to Schedule B Question 13 | - | Unknown |
| 14. | Government and corporate bonds and other negotiable and nonnegotiable instruments. | | unknown | - | Unknown |
| 15. | Accounts receivable. | | unknown | - | Unknown |
| 16. | Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | | unknown | - | Unknown |
| 17. | Other liquidated debts owing debtor including tax refunds. Give particulars. | | unknown | - | Unknown |

Sub-Total >  0.00
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

In re  **Herman Jacobs**　　　　　　　　　　　　　　　　　　　Case No. __03-84455 (MLC)__
　　　　　　　　　　　　　　Debtor

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | unknown | | - | Unknown |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | unknown | | - | Unknown |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | unknown | | - | Unknown |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | unknown | | - | Unknown |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | unknown | | - | Unknown |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | unknown | | - | Unknown |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | unknown | | - | Unknown |
| 27. Machinery, fixtures, equipment, and supplies used in business. | unknown | | - | Unknown |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Sub-Total >　　　　0.00
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037　　　　　　　　　　　　　　　Best Case Bankruptcy

In re  **Herman Jacobs**  ,  Case No. __03-84455 (MLC)__
Debtor

## SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. | | unknown | - | Unknown |

Sub-Total >  0.00
(Total of this page)
Total >  0.00

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

In re    **Herman Jacobs**                                         Case No.   **03-84455 (MLC)**
_____,
                                Debtor

## SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
*[Check one box]*
☐ 11 U.S.C. §522(b)(1):    Exemptions provided in 11 U.S.C. §522(d). Note: These exemptions are available only in certain states.
■ 11 U.S.C. §522(b)(2):    Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|

**None.**

___0___ continuation sheets attached to Schedule of Property Claimed as Exempt

Form B6D
(12/03)

In re **Herman Jacobs**, Case No. **03-84455 (MLC)**
Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Independence Community Bank<br>195 Montague Street<br>Brooklyn, NY 11201 | - | Mortgage on property located at 240 Keap Street, Brooklyn, NY 11211<br><br>Value $ Unknown |  | X | X | Unknown | Unknown |
| Account No. |  | Value $ |  |  |  |  |  |
| Account No. |  | Value $ |  |  |  |  |  |
| Account No. |  | Value $ |  |  |  |  |  |

**0** continuation sheets attached

| | |
|---|---|
| Subtotal (Total of this page) | 0.00 |
| Total (Report on Summary of Schedules) | 0.00 |

Form B6E
(12/03)

In re  **Herman Jacobs**                                                              Case No.   **03-84455 (MLC)**
                                    Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

■ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

___3___ continuation sheets attached

Form B6E - Cont.
(12/03)

In re **Herman Jacobs**, Debtor

Case No. **03-84455 (MLC)**

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | unknown | | | | | |
| Internal Revenue Service<br>Special Procedures<br>Function<br>PO Box 60<br>Brooklyn, NY 11201 | | - | | | X | X | Unknown | 0.00 |
| Account No. | | | unknown | | | | | |
| New York City Dept. of Environmental Protection<br>59-17 Junction Blvd.<br>10th Floor<br>Elmhurst, NY 11373 | | - | | | X | X | Unknown | 0.00 |
| Account No. | | | unknown | | | | | |
| NYC Department of Taxation & Finance<br>P.O. Box 192<br>Albany, NY 12201-0192 | | - | | | X | X | Unknown | 0.00 |
| Account No. | | | unknown | | | | | |
| NYC Department of Finance<br>Church Street Station<br>P.O. Box 3600<br>New York, NY 10008 | | - | | | X | X | Unknown | 0.00 |
| Account No. | | | unknown | | | | | |
| NYS Dept. of Taxation & Finance<br>Tax Compliance Division<br>State Campus, Bldg. 8<br>Albany, NY 12227 | | - | | | X | X | Unknown | 0.00 |

Sheet **1** of **3** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page) **0.00**

Form B6E - Cont.
(12/03)

In re **Herman Jacobs**                                                      Case No. **03-84455 (MLC)**
                                   Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>NYS Dept. of Taxation & Finance<br>1740 Broadway<br>New York, NY 10019-4357 | - | | unknown | | X | X | Unknown | 0.00 |
| Account No.<br><br>NYS Sales Tax<br>PO Box 258<br>Church Street Station<br>New York, NY 10009-2058 | - | | unknown | | X | X | Unknown | 0.00 |
| Account No.<br><br>Osceola County<br>P.O. Box 2105<br>Kissimee, FL 32742-2105 | - | | unknown | | X | X | Unknown | 0.00 |
| Account No.<br><br>State of New York<br>Office of the Attorney General<br>120 Broadway<br>New York, NY 10271 | - | | unknown | | X | X | Unknown | 0.00 |
| Account No.<br><br>The City of New York<br>Department of Finance<br>P.O. Box 32<br>New York, NY 10008-0032 | - | | unknown | | X | X | Unknown | 0.00 |

Sheet __2__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)  0.00

Form B6E - Cont.
(12/03)

In re **Herman Jacobs**, Debtor

Case No. **03-84455 (MLC)**

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>United States Attorney<br>Attn: Chief of Bankruptcy Litigation<br>One Pierrepoint Plaza<br>Brooklyn, NY 11201 | - | | unknown | | X | X | Unknown | 0.00 |
| Account No.<br>US Dept. of Justice, Tax<br>Box 55<br>Ben Franklin Station<br>Washington, DC 20044 | - | | unknown | | X | X | Unknown | 0.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet **3** of **3** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page): 0.00

Total (Report on Summary of Schedules): 0.00