Form B6F
(12/03)

In re  **Herman Jacobs**                                              Case No.   **03-84455 (MLC)**

                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | unknown | | | | |
| **116 Rutledge Corp.** **116 Rutledge Street** **Brooklyn, NY 11211** | - | | | | | X | X | Unknown |
| Account No. | | | | unknown | | | | |
| **116 Rutledge Corp.** **139 Rodney Street** **Brooklyn, NY 11211** | - | | | | | X | X | Unknown |
| Account No. | | | | unknown | | | | |
| **171 Park Lane Corp.** **171 Park Lane** **Monsey, NY 10952** | - | | | | | X | X | Unknown |
| Account No. | | | | unknown | | | | |
| **171 Park Lane Corp.** **P.O. Box 743** **Monroe, NY 10950** | - | | | | | X | X | Unknown |

  **32**   continuation sheets attached

Subtotal
(Total of this page)                                              **0.00**

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    S/N:20857-031103    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Herman Jacobs**                                                    Case No.   **03-84455 (MLC)**
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | unknown | | | | | |
| 2-Tel Communications 601 S. Harbour Isl. Blvd Suite 220 Tampa, FL 33602 | - | | | | | X | X | Unknown |
| Account No. | | | unknown | | | | | |
| 308 Mordche, Inc. 308 Mordche Scher Blvd. Unit 3K Monroe, NY 10950 | - | | | | | X | X | Unknown |
| Account No. | | | unknown | | | | | |
| 930 Flushing LLC 930 Flushing Avenue Brooklyn, NY 11206 | - | | | | | X | X | Unknown |
| Account No. | | | | | | | | |
| 930 Flushing LLC 4706 18th Avenue Brooklyn, NY 11204 | - | | | | | | | 0.00 |
| Account No. | | | unknown | | | | | |
| A&M Enterprises 385 Union Avenue Brooklyn, NY 11211 | - | | | | | X | X | Unknown |

| | | |
|---|---|---|
| Sheet no. __1__ of __32__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 0.00 |

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Herman Jacobs**                                                          Case No.   __03-84455 (MLC)__
                                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. | | unknown | | | | | | | |
| **A&S Discount** **385 Union Avenue** **Brooklyn, NY 11211** | - | | | | | | X | X | Unknown |
| Account No. | | unknown | | | | | | | |
| **A-1 Medical Supply Corp.** **40 Noelle Street** **Brooklyn, NY 11206** | - | | | | | | X | X | Unknown |
| Account No. | | unknown | | | | | | | |
| **A-Z RX LLC** **13 George Street** **Brooklyn, NY 11206** | - | | | | | | X | X | Unknown |
| Account No. | | unknown | | | | | | | |
| **Abi Trauber** **63 Heyward Street** **Brooklyn, NY 11211** | - | | | | | | X | X | Unknown |
| Account No. | | unknown | | | | | | | |
| **Actrade** **Seven Penn Plaza** **Suite 422** **New York, NY 10001** | - | | | | | | X | X | Unknown |

Sheet no. __2__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Herman Jacobs**                                                    Case No.   **03-84455 (MLC)**
_____
                              Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. | | unknown | | | | | | | |
| **Adalbert Lefkowits** **1219 57th Street** **Brooklyn, NY 11219** | - | | | | | | X | X | Unknown |
| Account No. | | unknown | | | | | | | |
| **Agriprocessors, Inc.** **P.O. Box 920** **Pottsville, IA** | - | | | | | | X | X | Unknown |
| Account No. | | unknown | | | | | | | |
| **All Computer Accessories** **USA** **149 Penn Street** **Brooklyn, NY 11201** | - | | | | | | X | X | Unknown |
| Account No. | | unknown | | | | | | | |
| **Ari Jacobs** **695 Bedford Avenue** **Brooklyn, NY 11206** | - | | | | | | X | X | Unknown |
| Account No. | | unknown | | | | | | | |
| **Ari Jacobs** **c/o Backenroth, Frankel** **& Krinsky, LLP** **489 Fifth Avenue** **New York, NY 10017** | - | | | | | | X | X | Unknown |

Sheet no. __3__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Form B6F - Cont.
(12/03)

In re    **Herman Jacobs**                                          Case No.   **03-84455 (MLC)**
_____,
                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C (Husband, Wife, Joint, or Community) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | unknown | | | | |
| **Arrarat Associates** **385 Union Avenue** **Brooklyn, NY 11211** | - | | | | X | X | Unknown |
| Account No. | | | unknown | | | | |
| **Arrow Distributing Corp.** **225 Route 32** **Highland Mills, NY 10930** | - | | | | X | X | Unknown |
| Account No. | | | unknown | | | | |
| **Artistic Wood** **Carving, Inc.** **c/o Clair & Gjertsen ESQS** **720 White Plains Road** **Scarsdale, NY 10583** | - | | | | X | X | Unknown |
| Account No. | | | unknown | | | | |
| **Aryeh Gutman** **63 Heyward Street** **Brooklyn, NY 11219** | - | | | | X | X | Unknown |
| Account No. | | | unknown | | | | |
| **AT&T** **Natl Subpoena Compliance Center** **P.O. Box 24679** **West Palm Beach, FL 33416-4679** | - | | | | X | X | Unknown |

Sheet no. __4__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Herman Jacobs**                                                          Case No.   **03-84455 (MLC)**
                              Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | unknown | | | | |
| **AT&T Wireless** **One AT&T Way** **Bedminster, NJ 07921** | | - | | | X | X | Unknown |
| Account No. | | | unknown | | | | |
| **Backenroth, Frankel** **& Krinsky, LLP** **Attn: Scott Krinsky, Esq.** **489 Fifth Avenue** **New York, NY 10017** | | - | | | X | X | Unknown |
| Account No. | | | unknown | | | | |
| **Bela Grunwald** **1168 44th Street** **Brooklyn, NY 11219** | | - | | | X | X | Unknown |
| Account No. | | | unknown | | | | |
| **Bela Grunwald** **1168 44th Street** **Brooklyn, NY 11219** | | - | | | X | X | Unknown |
| Account No. | | | unknown | | | | |
| **BN Wholesale** **930 Flushing Avenue** **Brooklyn, NY 11206** | | - | | | X | X | Unknown |

Sheet no.  __5__  of  __32__  sheets attached to Schedule of                                   Subtotal                          0.00
Creditors Holding Unsecured Nonpriority Claims                                        (Total of this page)

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                   Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Herman Jacobs**                                                    Case No.    **03-84455 (MLC)**
_____,
                                          Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | unknown | | | | | | |
| **Buy & Save Trading** **183 Wilson Street** **Brooklyn, NY** | - | | | | | | X | X | |
| | | | | | | | | | Unknown |
| Account No. | | | unknown | | | | | | |
| **Capital Sales** **80 Ainslie** **Brooklyn, NY** | - | | | | | | X | X | |
| | | | | | | | | | Unknown |
| Account No. | | | unknown | | | | | | |
| **Chaim Berkowitz** **139 Rodney Street** **Brooklyn, NY** | - | | | | | | X | X | |
| | | | | | | | | | Unknown |
| Account No. | | | unknown | | | | | | |
| **Chanie Jacobs** **171 Hooper Street** **Brooklyn, NY 11211** | - | | | | | | X | X | |
| | | | | | | | | | Unknown |
| Account No. | | | unknown | | | | | | |
| **Chanie Jacobs** **c/o Backenroth, Frankel** **& Krinsky, LLP** **489 Fifth Avenue** **New York, NY 10017** | - | | | | | | X | X | |
| | | | | | | | | | Unknown |

Sheet no. __6__ of __32__ sheets attached to Schedule of          Subtotal          | 0.00
Creditors Holding Unsecured Nonpriority Claims                  (Total of this page)

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Herman Jacobs**                                                    Case No.   **03-84455 (MLC)**
_____
                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | plaintiffs' lawyer for securities laws violations class action, CV 03 2995 | | | | |
| Charles J. Piven, Esq. The World Trade Center - Baltimore 401 E. Bratt St, Ste 2525 Baltimore, MD 21202 | - | | | | X | X | X | Unknown |
| Account No. | | | unknown | | | | | |
| Commonwealth Trading, Inc 200 Park Avenue Suite 303E New York, NY 10166 | - | | | | | X | X | Unknown |
| Account No. | | | unknown | | | | | |
| Congregation Yaldi Rasbie 461 Bedford Avenue Brooklyn, NY 11211 | - | | | | | X | X | Unknown |
| Account No. | | | unknown | | | | | |
| Congress Financial Corporation 1133 Ave. of the Americas New York, NY 10036 | - | | | | | X | | Unknown |
| Account No. | | | unknown | | | | | |
| Consolidated Edison Company Cooper Station P.O. Box 138 New York, NY 10276-0138 | - | | | | | X | X | Unknown |

Sheet no. __7__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Herman Jacobs**                                          Case No.   **03-84455 (MLC)**
                                              Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | unknown | | | | | | |
| Crestec Ltd.<br>17 Gloucester Gardens<br>London, UK | - | | | | | | X | X | Unknown |
| Account No. | | | unknown | | | | | | |
| CSSI<br>1467 51st Street<br>Brooklyn, NY 11219 | - | | | | | | X | X | Unknown |
| Account No. | | | unknown | | | | | | |
| David Shamilzadeh<br>50 Emjay Blvd.<br>Brentwood, NY 11717 | - | | | | | | X | X | Unknown |
| Account No. | | | unknown | | | | | | |
| Design By Glory, Ltd.<br>2 West 46th Street<br>Rm 602<br>New York, NY 10036 | - | | | | | | X | X | Unknown |
| Account No. | | | unknown | | | | | | |
| Dixie EMS Supply USA LLC<br>c/o Backenroth, Frankel<br>& Krinsky, LLP<br>489 Fifth Avenue<br>New York, NY 10017 | - | | | | | | X | X | Unknown |

Sheet no. __8__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Herman Jacobs**                                     Case No.    **03-84455 (MLC)**
_____,
                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | |
| Account No. | | unknown | | | | | | |
| Dixie EMS Supply USA, LLC 385 Union Avenue Brooklyn, NY 11211 | - | | | | | X | X | Unknown |
| Account No. | | unknown | | | | | | |
| DJ Industrial Equipment Corp. 345 Hewes Street Brooklyn, NY 11211 | - | | | | | X | X | Unknown |
| Account No. | | unknown | | | | | | |
| Domingo A. Dominquez 1004 Flushing Avenue Brooklyn, NY | - | | | | | X | X | Unknown |
| Account No. | | unknown | | | | | | |
| E.F. Trading Corp. P.O. Box 190833 Brooklyn, NY 11219 | - | | | | | X | X | Unknown |
| Account No. | | unknown | | | | | | |
| E.T. Trading Ltd. 88 35th Street Brooklyn, NY 11232 | - | | | | | X | X | Unknown |

Sheet no. __9__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

Form B6F - Cont.
(12/03)

In re  **Herman Jacobs**                                    Case No.  __03-84455 (MLC)__
                                                                                                  ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
                                          Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | | |
| Account No. | | | | unknown | | | | | | |
| Econ Energy P.O. Box 1020 Spring Valley, NY 10977 | - | | | | | | | X | X | Unknown |
| Account No. | | | | unknown | | | | | | |
| Eli Katz 5117 20th Avenue Brooklyn, NY 11204 | - | | | | | | | X | X | Unknown |
| Account No. | | | | unknown | | | | | | |
| Eurofactors International P.O. Box 1716 CH 8040 Zurich, Switzerland | - | | | | | | | X | X | Unknown |
| Account No. | | | | unknown | | | | | | |
| Eurofactors International c/o Stuart D. Meissner 1372 Broadway Suite 1402 New York, NY 10018 | - | | | | | | | X | X | Unknown |
| Account No. | | | | unknown | | | | | | |
| Eva Silberstein 176 Penn Street Brooklyn, NY 11211 | - | | | | | | | X | X | Unknown |

Sheet no. __10__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Herman Jacobs**                                        Case No.    **03-84455 (MLC)**
                                      Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. | | | | | unknown | | | | |
| **Eva Silberstein**<br>**c/o Backenroth, Frankel**<br>**& Krinsky, LLP**<br>**489 Fifth Avenue**<br>**New York, NY 10017** | - | | | | | | X | X | **Unknown** |
| Account No. | | | | | unknown | | | | |
| **Ever Ready First Aid**<br>**Medical Supply Corp.**<br>**385 Union Avenue**<br>**Brooklyn, NY 11211** | - | | | | | | X | X | **Unknown** |
| Account No. | | | | | unknown | | | | |
| **Ever Ready First Aid**<br>**Medical Supply Corp.**<br>**c/o Backroth, Frankel**<br>**489 Fifth Avenue**<br>**New York, NY 10017** | - | | | | | | X | X | **Unknown** |
| Account No. | | | | | unknown | | | | |
| **Evergreen Warehouse, Inc.**<br>**80 Evergreen Avenue**<br>**Brooklyn, NY 11206** | - | | | | | | X | X | **Unknown** |
| Account No. | | | | | unknown | | | | |
| **EZ Pass**<br>**One Edgewater Plaza**<br>**Staten Island, NY 10301** | - | | | | | | X | X | **Unknown** |

Sheet no. __11__ of __32__ sheets attached to Schedule of                       Subtotal
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)          **0.00**

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Herman Jacobs**                                                   Case No.   **03-84455 (MLC)**
_____
                            Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. | | | | | unknown | | | | |
| **F&B Distributing Co.** **5 Dakota Drive** **Lake Success, NY** | - | | | | | | X | X | Unknown |
| Account No. | | | | | unknown | | | | |
| **Farmington Manor, Inc.** **c/o Shaw Pittman LLP** **Attn: Akiba Stern** **335 Madison Avenue** **New York, NY 10017** | - | | | | | | X | X | Unknown |
| Account No. | | | | | unknown | | | | |
| **Farmington Manor, Inc.** **Route 6** **Farmington, CT 06032** | - | | | | | | X | X | Unknown |
| Account No. | | | | | unknown | | | | |
| **Farmington Realty Co.** **385 Union Avenue** **Brooklyn, NY 11211** | - | | | | | | X | X | Unknown |
| Account No. | | | | | unknown | | | | |
| **Farmington Realty Co.** **c/o Shaw Pittman LLP** **Attn: Akiba Stern** **335 Madison Avenue** **New York, NY 10017** | - | | | | | | X | X | Unknown |

Sheet no. __12__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Herman Jacobs**                                                                    Case No.  **03-84455 (MLC)**
                                                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. | | | | | unknown | | | | |
| Favorite Trading Corp. 1484 46th Street Suite 202 Brooklyn, NY 11219 | - | | | | | | X | X | Unknown |
| Account No. | | | | | unknown | | | | |
| Fleet National Bank c/o Levi Lubarsky & Feigenbaum LLP 845 Third Avenue, 21st Fl New York, NY 10022 | - | | | | | | X | X | Unknown |
| Account No. | | | | | unknown | | | | |
| Fleet National Bank P.O. Box 2197 Boston, MA 02106-2197 | - | | | | | | X | X | Unknown |
| Account No. | | | | | unknown | | | | |
| Florida General Equities, Inc. c/o Katcher & Scharlin 900 West 49th Street Hialeah, FL 33012 | - | | | | | | X | X | Unknown |
| Account No. | | | | | unknown | | | | |
| Florida General Equities, Inc. Miami Natl Bank Building 8101 Biscayne Blvd. Miami, FL 33138 | - | | | | | | X | X | Unknown |

Sheet no.  __13__  of  __32__  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Herman Jacobs**                                    Case No.   **03-84455 (MLC)**
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. | | | | | unknown | | | | |
| Forest Hills LLC 314 McDonald Avenue Brooklyn, NY | - | | | | | | X | X | Unknown |
| Account No. | | | | | unknown | | | | |
| Forest Lots LLC 4706 18th Avenue Brooklyn, NY 11204 | - | | | | | | X | X | Unknown |
| Account No. | | | | | unknown | | | | |
| Forest Lots, LLC 314 McDonald Avenue Brooklyn, NY | - | | | | | | X | X | Unknown |
| Account No. | | | | | unknown | | | | |
| Four Jacobs Realty Corp. 385 Union Avenue Brooklyn, NY 11211 | - | | | | | | X | X | Unknown |
| Account No. | | | | | plaintiffs' lawyer for securities laws violations class action, CV 03 2995 | | | | |
| Fred Taylor Isquith, Esq. Wolf Haldenstein Adler Freeman & Herz LLP 270 Madison Avenue New York, NY 10016 | - | | | | | X | X | X | Unknown |

Sheet no. __14__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **0.00**

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Herman Jacobs**                                                                 Case No.   **03-84455 (MLC)**
                                                              Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | unknown | | | | |
| **G&L Wholesale/Giant Marketing 774 39th Street Brooklyn, NY 11232** | - | | | | X | X | **Unknown** |
| Account No. | | | unknown | | | | |
| **GFI Mortgage Bankers, Inc. 50 Broadway New York, NY 10004** | - | | | | X | X | **Unknown** |
| Account No. | | | unknown | | | | |
| **GMAC Mortgage Corp. 100 Witner Road Horsham, PA 19044** | - | | | | X | X | **Unknown** |
| Account No. | | | unknown | | | | |
| **GMAC Mortgage Corp. 3451 Hammond Avenue Waterloo, IA 50704-0780** | - | | | | X | X | **Unknown** |
| Account No. | | | unknown | | | | |
| **Greenpoint Mortgage 2300 Brookstone Centre Parkway Columbus, GA 31904** | - | | | | X | X | **Unknown** |

Sheet no. __15__ of __32__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                          0.00

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Herman Jacobs**                                                Case No.   **03-84455 (MLC)**
_____
                          Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | unknown | | | | |
| H.I.L. Associates, Ltd./ Hills Merch 1484 46th Street Brooklyn, NY 11219 | - | | | | | X | X | Unknown |
| Account No. | | | | unknown | | | | |
| Herjac Realty LLC 385 Union Avenue Brooklyn, NY 11211 | - | | | | | X | X | Unknown |
| Account No. | | | | unknown | | | | |
| Hershal Weber c/o Congregation Yaldi Rashbie 461 Bedford Avenue Brooklyn, NY 11211 | - | | | | | X | X | Unknown |
| Account No. | | | | unknown | | | | |
| Heyward St. Holding Corp. 29 Heyward Street Brooklyn, NY 11211 | - | | | | | X | X | Unknown |
| Account No. | | | | unknown | | | | |
| I.B. Handelman/ Irvin Brown 1473 51st Street Brooklyn, NY 11219 | - | | | | | X | X | Unknown |

Sheet no. __16__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              0.00

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Herman Jacobs**                                                    Case No.    **03-84455 (MLC)**
                                          Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | unknown | | | | |
| **Imagin Industries, Inc.** | - | | | | X | X | |
| | | | | | | | Unknown |
| Account No. | | | unknown | | | | |
| **Impax Trading**<br>**385 Union Avenue**<br>**Brooklyn, NY 11211** | - | | | | X | X | |
| | | | | | | | Unknown |
| Account No. | | | unknown | | | | |
| **Infinite Solutions Group**<br>**800 Snediker Avenue**<br>**Brooklyn, NY 11207** | - | | | | X | X | |
| | | | | | | | Unknown |
| Account No. | | | unknown | | | | |
| **International Consumer**<br>**7301 W. Palmetto Prk Rd.S**<br>**Boca Raton, FL 33433** | - | | | | X | X | |
| | | | | | | | Unknown |
| Account No. | | | unknown | | | | |
| **Jacob Frielich**<br>**116 Rutledge Street**<br>**Brooklyn, NY 11211** | - | | | | X | X | |
| | | | | | | | Unknown |

Sheet no. __17__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Herman Jacobs**                                                    Case No.    **03-84455 (MLC)**
_____
                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. | | unknown | | | | | | | |
| Jacob Jacobs 171 Hooper Street Brooklyn, NY 11211 | - | | | | | | X | X | Unknown |
| Account No. | | unknown | | | | | | | |
| Joseph Grunwald 1855 50th Street Brooklyn, NY 11204 | - | | | | | | X | X | Unknown |
| Account No. | | unknown | | | | | | | |
| Joseph Grunwald 1168 44th Street Brooklyn, NY 11219 | - | | | | | | X | X | Unknown |
| Account No. | | unknown | | | | | | | |
| Joseph Jacobowitz 1168 44th Street Brooklyn, NY 11219 | - | | | | | | X | X | Unknown |
| Account No. | | unknown | | | | | | | |
| Joseph Sander/Jasco & So 3720 14th Avenue Brooklyn, NY 11218 | - | | | | | | X | X | Unknown |

Sheet no. __18__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                   0.00

Form B6F - Cont.
(12/03)

In re   **Herman Jacobs**                                          Case No.   **03-84455 (MLC)**
                                                   Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. | | | unknown | | | | | | |
| Joseph Weiss<br>39 Heyward Street<br>Unit 6<br>Brooklyn, NY 11211 | - | | | | | | X | X | Unknown |
| Account No. | | | unknown | | | | | | |
| K-R Residence Corp.<br>570 Wythe Avenue<br>Units 6A, 7A & 7B<br>Brooklyn, NY 11211 | - | | | | | | X | X | Unknown |
| Account No. | | | unknown | | | | | | |
| K-R Residence Corp.<br>576 Wythe Avenue<br>Unit 5A<br>Brooklyn, NY 11211 | - | | | | | | X | X | Unknown |
| Account No. | | | unknown | | | | | | |
| K-R Residence Corp.<br>580 Wythe Avenue<br>Unit 7D<br>Brooklyn, NY 11211 | - | | | | | | X | X | Unknown |
| Account No. | | | unknown | | | | | | |
| K-R Residence Corp.<br>1168 44th Street<br>Brooklyn, NY 11219 | - | | | | | | X | X | Unknown |

Sheet no. __19__ of __32__ sheets attached to Schedule of                                    Subtotal              0.00
Creditors Holding Unsecured Nonpriority Claims                                       (Total of this page)

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Herman Jacobs**                                                    Case No.    **03-84455 (MLC)**
                                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | unknown | | | | |
| Kaja Equities Corp. 562 Bedford Avenue Brooklyn, NY 11206 | - | | | | X | X | Unknown |
| Account No. | | | Trustee for the Allou Entities | | | | |
| Kenneth P. Silverman Silverman Perlstein & Acampora 100 Jericho Quadrangle Jericho, NY 11753 | - | | | X | | | Unknown |
| Account No. | | | unknown | | | | |
| Kent-Rush Realty Corp. 385 Union Avenue Brooklyn, NY 11211 | - | | | | X | X | Unknown |
| Account No. | | | unknown | | | | |
| Keyspan PO Box 9039 Hicksville, NY 11802-9039 | - | | | | X | X | Unknown |
| Account No. | | | unknown | | | | |
| Kimberley Trading & Holding P.O. Box 146 Road Town, NY | - | | | | X | X | Unknown |

Sheet no.   **20**  of  **32**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Herman Jacobs**                                                              Case No.    **03-84455 (MLC)**

                                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. | | | | | plaintiffs' lawyer for securities laws violations class action, CV 03 2816 | | | | |
| Klari Neuwelt, Esq. 110 East 59th Street 29th Floor New York, NY 10022 | - | | | | | X | X | X | Unknown |
| Account No. | | | | | unknown | | | | |
| L&M Impex, Inc. Brooklyn Navy Yard, Bldg. 77 Brooklyn, NY 11205 | - | | | | | | X | X | Unknown |
| Account No. | | | | | unknown | | | | |
| Lanac Sales Co., Inc. 500 Driggs Avenue Brooklyn, NY | - | | | | | | X | X | Unknown |
| Account No. | | | | | unknown | | | | |
| Lanac.com, Inc. 500 Driggs Avenue Brooklyn, NY 11211 | - | | | | | | X | X | Unknown |
| Account No. | | | | | unknown | | | | |
| Laurels Operating LP d/b/a Laurels Nursing & Rahbilitation Center 550 9th Avenue S St. Petersburg, FL | - | | | | | | X | X | Unknown |

| | | |
|---|---|---|
| Sheet no. __21__ of __32__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 0.00 |

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Herman Jacobs**                                          Case No.    **03-84455 (MLC)**
_____                    _____
                           Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | unknown | | | | |
| Leah Mittleman 189 Wallabout Street Unit 8D Brooklyn, NY 11206 | - | | | | X | X | Unknown |
| Account No. | | | unknown | | | | |
| Light Networks 2700 Northeast Expressway Suite B450/900 Atlanta, GA 30345 | - | | | | X | X | Unknown |
| Account No. | | | unknown | | | | |
| Lixt Networks, Inc. | - | | | | X | X | Unknown |
| Account No. | | | Trustee for Four Jacobs Realty Corp. | | | | |
| Marc A. Pergament, Esq. Weinberg, Kaley, Gross & Pergament, LLP 400 Garden City Plaza Garden City, NY 11530 | - | | | | X | X | Unknown |
| Account No. | | | Trustee for Herja Associates LLC | | | | |
| Marc A. Pergament, Esq. Weinberg, Kaley, Gross & Pergament, LLP 400 Garden City Plaza Garden City, NY 11530 | - | | | | X | X | Unknown |

Sheet no. __22__ of __32__ sheets attached to Schedule of                    Subtotal                  0.00
Creditors Holding Unsecured Nonpriority Claims                         (Total of this page)

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re     **Herman Jacobs**                                                                              Case No.   **03-84455 (MLC)**
                                                            Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | unknown | | | | |
| **Marketing Mart**<br>**18 Leonard Street**<br>**New York, NY 10013** | - | | | | X | X | **Unknown** |
| Account No. | | | unknown | | | | |
| **Mayer Rispler & Co.**<br>**18 Heyward Street**<br>**Brooklyn, NY 11211** | - | | | | X | X | **Unknown** |
| Account No. | | | unknown | | | | |
| **Mayer Rispler & Co.**<br>**c/o Steinberger Cavaliere**<br>**Attn: Jay Zelermeyer**<br>**50 Main Street**<br>**White Plains, NY 10606** | - | | | | X | X | **Unknown** |
| Account No. | | | unknown | | | | |
| **Medical Supply Corp.**<br>**385 Union Avenue**<br>**Brooklyn, NY 11211** | - | | | | X | X | **Unknown** |
| Account No. | | | unknown | | | | |
| **Merja Associates LLC**<br>**930 Flushing Avenue**<br>**Brooklyn, NY 11206** | - | | | | X | X | **Unknown** |

Sheet no. __23__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Herman Jacobs**                                                    Case No.    **03-84455 (MLC)**
                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | unknown | | | | |
| **Mom and Sons' Realty LLC** **385 Union Avenue** **Brooklyn, NY 11211** | - | | | | X | X | Unknown |
| Account No. | | | unknown | | | | |
| **Morgren Corp.** **1484 46th Street** **Brooklyn, NY 11219** | - | | | | X | X | Unknown |
| Account No. | | | unknown | | | | |
| **Moshe Werzberg** **c/o Lanac Sales Co., Inc.** **500 Driggs Avenue** **Brooklyn, NY** | - | | | | X | X | Unknown |
| Account No. | | | unknown | | | | |
| **Nechamia Werzberg** **c/o Lanac Sales Co., Inc.** **500 Driggs Avenue** **Brooklyn, NY** | - | | | | X | X | Unknown |
| Account No. | | | unknown | | | | |
| **Norela** | - | | | | X | X | Unknown |

| Sheet no. __24__ of __32__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 0.00 |
|---|---|---|

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re __Herman Jacobs__                                                                    Case No. __03-84455 (MLC)__
                                                  Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
| Account No. | | unknown | | | | | | |
| **Office Essentials Company /Utmost Office** 56-24 Flushing Avenue Maspeth, NY 11378 | - | | | | | X | X | **Unknown** |
| Account No. | | unknown | | | | | | |
| **Olbex International Trading Corp., Ltd.** 17 Gloucester Gardens London, UK | - | | | | | X | X | **Unknown** |
| Account No. | | unknown | | | | | | |
| **Olympia Mortgage Corporation** c/o McCalla, Raymer, etal 1544 Old Alabama Road Roswell, GA 30076 | - | | | | | X | X | **Unknown** |
| Account No. | | unknown | | | | | | |
| **Olympia Mortgage** c/o Schiller & Knapp LLP 950 New London Rd Attn: William B. Schiller Latham, NY 12110 | - | | | | | X | X | **Unknown** |
| Account No. | | unknown | | | | | | |
| **Olympia Mortgage** 1716 Coney Island Ave. Attn: Daniel Crabtree Brooklyn, NY 11230 | - | | | | | X | X | **Unknown** |

Sheet no. __25__ of __32__ sheets attached to Schedule of                                  Subtotal
Creditors Holding Unsecured Nonpriority Claims                                    (Total of this page)                    **0.00**

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Herman Jacobs**                                                  Case No.    **03-84455 (MLC)**
_____
                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. | | | counsel to Congress Financial Corporation | | | | | | |
| **Otterbourg Steindler Houston & Rosen PC 230 Park Avenue Attn: Jonathan Helfat New York, NY 10169-0075** | - | | | | | | X | | **Unknown** |
| Account No. | | | unknown | | | | | | |
| **Phillips Nizer LLP Attn: Helen Davis Chaitman, Esq. 666 Fifth Avenue New York, NY 10103-0084** | - | | | | | | X | X | **Unknown** |
| Account No. | | | unknown | | | | | | |
| **Rank Associates** | - | | | | | | X | X | **Unknown** |
| Account No. | | | unknown | | | | | | |
| **Reckil, Inc. 385 Union Avenue Brooklyn, NY 11211** | - | | | | | | X | X | **Unknown** |
| Account No. | | | unknown | | | | | | |
| **RFE Investment Partners VI, L.P. Attn: Michael J. Foster 36 Grove Street New Canaan, CT 06840** | - | | | | | | X | X | **Unknown** |

Sheet no. __26__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                 Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Herman Jacobs**                                          Case No.   **03-84455 (MLC)**
_____
                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. | | | | | plaintiffs' lawyers for securities laws violations class action, CV 03 2353 | | | | |
| **Robert Butler c/o Abbey Gardy, LLP 212 East 39th Street New York, NY 10016** | - | | | | | X | X | X | Unknown |
| Account No. | | | | | unknown | | | | |
| **Ropes & Gray, LLP 45 Rockefeller Plaza Attn: David S. Elkind New York, NY 10111-0087** | - | | | | | | X | X | Unknown |
| Account No. | | | | | unknown | | | | |
| **RW 930 Flushing LLC 4706 18th Avenue Brooklyn, NY 11204** | - | | | | | | X | X | Unknown |
| Account No. | | | | | unknown | | | | |
| **RW 930 Flushing LLC 930 Flushing Avenue Brooklyn, NY 11211** | - | | | | | | X | X | Unknown |
| Account No. | | | | | unknown | | | | |
| **Sara Freilich 116 Rutledge Street Brooklyn, NY 11211** | - | | | | | | X | X | Unknown |

Sheet no.   **27**   of   **32**   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                      0.00

Form B6F - Cont.
(12/03)

In re   **Herman Jacobs**                                                Case No.   **03-84455 (MLC)**
_____
                                            Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | unknown | | | | | |
| Sara Jacobs 114 Rutledge Street Brooklyn, NY 11211 | - | | | | | X | X | Unknown |
| Account No. | | | unknown | | | | | |
| Sara Jacobs c/o Backenroth, Frankel & Krinsky, LLP 489 Fifth Avenue New York, NY 10017 | - | | | | | X | X | Unknown |
| Account No. | | | unknown | | | | | |
| Sara Mertz 171 Park Lane Monroe, NY 10950 | - | | | | | X | X | Unknown |
| Account No. | | | unknown | | | | | |
| Sara Mertz c/o Chanie Mertz 48 Satmar Drive Monroe, NY 10950 | - | | | | | X | X | Unknown |
| Account No. | | | unknown | | | | | |
| Scheindel Jacobowitz 1168 44th Street Brooklyn, NY 11219 | - | | | | | X | X | Unknown |

Sheet no. __28__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                0.00
(Total of this page)

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Herman Jacobs**                                                   Case No.   **03-84455 (MLC)**
_____
                              Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. | | unknown | | | | | | | |
| SE-Roebuck Ltd. 370 Orange Street Newark, NJ 07107 | - | | | | | | X | X | Unknown |
| Account No. | | unknown | | | | | | | |
| Sobel Supply, Inc. 62 W. 47th Street New York, NY 10036 | - | | | | | | X | X | Unknown |
| Account No. | | unknown | | | | | | | |
| Stanev Associates LLC 80 Evergreen Avenue Brooklyn, NY | - | | | | | | X | X | Unknown |
| Account No. | | unknown | | | | | | | |
| Sterling Properties 274 Marcy Avenue Brooklyn, NY 11211 | - | | | | | | X | X | Unknown |
| Account No. | | unknown | | | | | | | |
| Studio 12, Inc. 217 Rutledge Street Brooklyn, NY 11211 | - | | | | | | X | X | Unknown |

Sheet no. __29__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Herman Jacobs**                                              Case No.    **03-84455 (MLC)**
_____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. | | | | | unknown | | | | |
| **Sylvia Domb** **176 Penn Street** **Brooklyn, NY 11211** | - | | | | | | X | X | Unknown |
| Account No. | | | | | unknown | | | | |
| **Sylvia Domb** **c/o Backenroth, Frankel** **& Krinsky, LLP** **489 Fifth Avenue** **New York, NY 10017** | - | | | | | | X | X | Unknown |
| Account No. | | | | | unknown | | | | |
| **T Mobile** **12920 SE 38th Street** **Bellevue, WA 98006** | - | | | | | | X | X | Unknown |
| Account No. | | | | | unknown | | | | |
| **T Mobile** **Law Enforcement Relations Group** **4 Sylvan Way** **Parsippany, NJ 07054** | - | | | | | | X | X | Unknown |
| Account No. | | | | | unknown | | | | |
| **Terexa Merchandising** **1484 46th Street** **Brooklyn, NY 11219** | - | | | | | | X | X | Unknown |

Sheet no. __30_ of _32_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Herman Jacobs**                                                          Case No.  __03-84455 (MLC)__
                                                                        ,
                                            Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | unknown | | | | |
| TJ Associates, LLC 385 Union Avenue Brooklyn, NY 11211 | - | | | | X | X | Unknown |
| Account No. | | | unknown | | | | |
| Union Brothers, LLC 385 Union Avenue Brooklyn, NY 11211 | - | | | | X | X | Unknown |
| Account No. | | | unknown | | | | |
| Union Brothers, LLC c/o Backenroth, Frankel & Krinsky, LLP 489 Fifth Avenue New York, NY 10017 | - | | | | X | X | Unknown |
| Account No. | | | unknown | | | | |
| Unit 206 Corp. 15 Getzel Berger Blvd. Unit 206 Monroe, NY 10950 | - | | | | X | X | Unknown |
| Account No. | | | unknown | | | | |
| Verizon Office of Integrity & Compliance 51 Chubb Way Branchburg, NJ 08876 | - | | | | X | X | Unknown |

Sheet no. __31__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                  **0.00**

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(12/03)

In re    **Herman Jacobs**                                                    Case No.    **03-84455 (MLC)**
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | unknown | | | | | | | |
| Verizon Wireless 2000 Corporate Drive Orangeburg, NY 10962 | - | | | | | | X | X | Unknown |
| Account No. | | unknown | | | | | | | |
| Victor Jacobs 176 Penn Street Brooklyn, NY 11211 | - | | | | | | X | X | Unknown |
| Account No. | | unknown | | | | | | | |
| Walben Co. 58 Powell Court North Babylon, NY 11703 | - | | | | | | X | X | Unknown |
| Account No. | | unknown | | | | | | | |
| Yehuda Yerachmiel Halevi Gruber 85 Division Avenue Brooklyn, NY 11211 | - | | | | | | X | X | Unknown |
| Account No. | | | | | | | | | |

Sheet no. __32__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 0.00 |
| Total (Report on Summary of Schedules) | 0.00 |