In re    **Herman Jacobs**                                    Case No. __03-84455 (MLC)__
_____,
                              Debtor

## SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:   A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate
        schedule of creditors.

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Chaim Berkowitz**<br>**139 Rodney Street**<br>**Brooklyn, NY** | 116 Rutledge Corp. shareholders agreement |

__0___ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re   **Herman Jacobs**  
_____  
Debtor

Case No. __03-84455 (MLC)__

# SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Allou Distributors, Inc., et al** | **Kenneth P. Silverman**<br>**Silverman Perlstein**<br>**& Acampora**<br>**100 Jericho Quadrangle**<br>**Jericho, NY 11753** |
| **Jacob Jacobs**<br>**171 Hooper Street**<br>**Brooklyn, NY 11211** | **Congress Financial**<br>**Corporation**<br>**1133 Ave. of the Americas**<br>**New York, NY 10036** |
| **Victor Jacobs**<br>**176 Penn Street**<br>**Brooklyn, NY 11211** | **Congress Financial**<br>**Corporation**<br>**1133 Ave. of the Americas**<br>**New York, NY 10036** |

__0__ continuation sheets attached to Schedule of Codebtors

Form B6I
(12/03)

In re **Herman Jacobs** _____    Case No. **03-84455 (MLC)** _____
             Debtor(s)

## SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP | AGE |
| Married | Wife - Sara Jacobs<br>Child - Miriam Jacobs<br>Child - Jacob Jacobs<br>Child - Rivka Jacobs<br>Child - Ben Zion Jacobs<br>Child - David Jacobs<br>Child - Tzivia Jacobs | Unknown<br>Unknown<br>Unknown<br>Unknown<br>Unknown<br>Unknown<br>Unknown |

| EMPLOYMENT | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Unknown | N/A |
| Name of Employer | Unknown | N/A |
| How long employed | Unknown | N/A |
| Address of Employer | Unknown | N/A |

| INCOME: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ Unknown | $ N/A |
| Estimated monthly overtime | $ Unknown | $ N/A |
| SUBTOTAL | $ Unknown | $ N/A |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ Unknown | $ N/A |
| b. Insurance | $ Unknown | $ N/A |
| c. Union dues | $ Unknown | $ N/A |
| d. Other (Specify) _____ | $ Unknown | $ N/A |
|  | $ Unknown | $ N/A |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ Unknown | $ N/A |
| TOTAL NET MONTHLY TAKE HOME PAY | $ Unknown | $ N/A |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ Unknown | $ N/A |
| Income from real property | $ Unknown | $ N/A |
| Interest and dividends | $ Unknown | $ N/A |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ Unknown | $ N/A |
| Social security or other government assistance (Specify) _____ | $ Unknown | $ N/A |
|  | $ Unknown | $ N/A |
| Pension or retirement income | $ Unknown | $ N/A |
| Other monthly income (Specify) _____ | $ Unknown | $ N/A |
|  | $ Unknown | $ N/A |
| TOTAL MONTHLY INCOME | $ Unknown | $ N/A |

TOTAL COMBINED MONTHLY INCOME    $ _____ Unknown _____    (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

In re  **Herman Jacobs**                                                                                          Case No.  **03-84455 (MLC)**
                                       Debtor(s)

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | **Unknown** |
| Are real estate taxes included?   Yes ___   No **X** | | |
| Is property insurance included?   Yes ___   No **X** | | |
| Utilities:   Electricity and heating fuel | $ | **Unknown** |
| Water and sewer | $ | **Unknown** |
| Telephone | $ | **Unknown** |
| Other _____ | $ | **Unknown** |
| Home maintenance (repairs and upkeep) | $ | **Unknown** |
| Food | $ | **Unknown** |
| Clothing | $ | **Unknown** |
| Laundry and dry cleaning | $ | **Unknown** |
| Medical and dental expenses | $ | **Unknown** |
| Transportation (not including car payments) | $ | **Unknown** |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | **Unknown** |
| Charitable contributions | $ | **Unknown** |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
| Homeowner's or renter's | $ | **Unknown** |
| Life | $ | **Unknown** |
| Health | $ | **Unknown** |
| Auto | $ | **Unknown** |
| Other _____ | $ | **Unknown** |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) _____ | $ | **Unknown** |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan.) | | |
| Auto | $ | **Unknown** |
| Other _____ | $ | **Unknown** |
| Other _____ | $ | **Unknown** |
| Other _____ | $ | **Unknown** |
| Alimony, maintenance, and support paid to others | $ | **Unknown** |
| Payments for support of additional dependents not living at your home | $ | **Unknown** |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | **Unknown** |
| Other _____ | $ | **Unknown** |
| Other _____ | $ | **Unknown** |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ | **Unknown** |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---|
| A. Total projected monthly income | $ | **Unknown** |
| B. Total projected monthly expenses | $ | **Unknown** |
| C. Excess income (A minus B) | $ | **Unknown** |
| D. Total amount to be paid into plan each _____ | $ | **Unknown** |
| (interval) | | |

# United States Bankruptcy Court
## Eastern District of New York

In re   **Herman Jacobs**                                                                    Case No.   **03-84455 (MLC)**
                                        Debtor(s)                                            Chapter    **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

Allan B. Mendelsohn, the Chapter 7 trustee (the "Trustee") has prepared Schedules of Assets and Liabilities and the Statement of Financial Affairs (collectively, the "Schedules") by relying on certain information made available to, obtained by and compiled by the Trustee and his attorneys. The Schedules have been prepared based upon the limited and, in some instances, incomplete information made available to, obtained by and compiled by the Trustee and his attorneys through discovery and from other sources. The above-captioned debtor has broadly asserted his Fifth Amendment privilege against self incrimination with respect to every aspect of this Chapter 7 bankruptcy case and has not supplied the Trustee with the documents and information necessary to complete the Schedules.

This Chapter 7 case is being jointly administered with the Chapter 7 cases of Victor Jacobs, Case No. 03-84456 (MLC) and Jacob Jacobs, Case No. 03-84457 (MLC). The Trustee has attempted to prepare separate schedules and statements of financial affairs for each of the debtors and has separated assets and liabilities where the Chapter 7 Trustee could reasonably do so.

The Trustee does not make any representation regarding the accuracy or completeness of the information contained in the Schedules. The Trustee reserves the right to update, supplement and amend the Schedules. Nothing contained or described herein should be deemed as an admission or waiver of any of the Trustee's rights, defenses or remedies in connection with this Chapter 7 case or the Chapter 7 cases of Victor Jacobs and Jacob Jacobs.

When the Schedules indicate that a claim is secured only in part or entitled to priority only in part, it has been listed only once. A claim which is secured in whole or in part is listed in Schedule "B" only and a claim which is entitled to priority in whole or in part is listed in Schedule "E" only. The same claim has not been listed twice.

When the Schedules indicate "None" in response to a question that merely indicates that the Trustee is unaware of any response to the question to the best of the Trustee's knowledge, information and belief based upon the information made available to, obtained by or compiled by the Trustee.

When the Schedules indicate 0.00 as a subtotal or total, such amount should be read as unknown.

Date   2/9/04                       Signature   _Allan B. Mendelsohn, Chapter 7 Trustee for Herman Jacobs_

RIDER TO SCHEDULE B - QUESTIONS 12 and 13

116 Rutledge Corp.
116 Rutledge Street
Brooklyn, NY 11211

171 Park Lane Corp.
171 Park Lane
Monsey, NY 10952

171 Park Lane Corp.
P.O. Box 743
Monroe, NY 10950

308 Mordche, Inc.
309 Mordche Scher Blvd.
Unit 3K
Monroe, NY 10950

Arrarat Associates
385 Union Avenue
Brooklyn, NY 11211

Artistic Wood Carving, Inc.
c/o Clair & Gjertsen Esqs.
720 White Plains Road
Scarsdale, NY 10583

Dixie EMS Supply USA, LLC
385 Union Avenue
Brooklyn, NY 11211

Dixie EMS Supply USA, LLC
c/o Backenroth, Frankel & Krinsky, LLP
489 Fifth Avenue
New York, NY 10017

Ever Ready First Aid Medical Supply Corp.
385 Union Avenue
Brooklyn, NY 11211

Ever Ready First Aid Medical Supply Corp.
c/o Backenroth, Frankel & Krinsky, LLP
489 Fifth Avenue
New York, NY 10017

Farmington Realty Co.
385 Union Avenue
Brooklyn, NY 11211

Farmington Realty Co.
c/o Shaw Pittman LLP
Attn: Akiba Stern
335 Madison Avenue
New York, NY 10017

Farmington Manor, Inc.
c/o Shaw Pittman LLP
Attn: Akiba Stern
335 Madison Avenue
New York, NY 10017

Farmington Manor, Inc.
Route 6
Farmington, CT 06032

Forest Hills, LLC
314 McDonald Avenue
Brooklyn, NY

Forest Lots, LLC
314 McDonald Avenue
Brooklyn, NY

Forest Lots, LLC
4706 18th Avenue
Brooklyn, NY 11204

Four Jacobs Realty Corp.
385 Union Avenue
Brooklyn, NY 11211

Herjac Realty LLC
385 Union Avenue
Brooklyn, NY 11211

K-R Residence Corp.
570 Wythe Avenue
Units 6A, 7A & 7B
Brooklyn, NY 11211

K-R Residence Corp.
576 Wythe Avenue
Unit 5A
Brooklyn, NY 11211

K-R Residence Corp.
580 Wythe Avenue
Unit 7D
Brooklyn, NY 11211

K-R Residence Corp.
1168 44th Street
Brooklyn, NY 11219

Kaja Equities Corp.
562 Bedford Avenue
Brooklyn, NY 11206

Kent-Rush Realty Corp.
385 Union Avenue
Brooklyn, NY 11211

Merja Associates LLC
930 Flushing Avenue
Brooklyn, NY 11206

Moms & Sons Realty LLC
385 Union Avenue
Brooklyn, NY 11211

RW 930 Flushing LLC
930 Flushing Avenue
Brooklyn, NY 11206

Stanev Associates LLC
80 Evergreen Avenue
Brooklyn, NY

TJ Associates, LLC
385 Union Avenue
Brooklyn, NY 11211

Union Brothers, LLC
c/o Backenroth, Frankel & Krinsky, LLP
489 Fifth Avenue
New York, NY 10017

Unit 206 Corp.
15 Getzel Berger Blvd.
Unit 206
Monroe, NY 10950