## United States Bankruptcy Court
### Eastern District of New York

In re   **Herman Jacobs**
                                          Debtor(s)

Case No.   **03-84455 (MLC)**
Chapter    **7**

# **VERIFICATION OF CREDITOR MATRIX**

Allan B. Mendelsohn, as Trustee verifies that the attached matrix (list of creditors) is true and correct to the best of his knowledge.

Allan B. Mendelsohn, the Chapter 7 trustee (the "Trustee") has prepared Schedules of Assets and Liabilities and the Statement of Financial Affairs (collectively, the "Schedules") by relying on certain information made available to, obtained by and compiled by the Trustee and his attorneys. The Schedules have been prepared based upon the limited and, in some instances, incomplete information made available to, obtained by and compiled by the Trustee and his attorneys through discovery and from other sources. The above-captioned debtor has broadly asserted his Fifth Amendment privilege against self incrimination with respect to every aspect of this Chapter 7 bankruptcy case and has not supplied the Trustee with the documents and information necessary to complete the Schedules.

This Chapter 7 case is being jointly administered with the Chapter 7 cases of Victor Jacobs, Case No. 03-84456 (MLC) and Jacob Jacobs, Case No. 03-84457 (MLC). The Trustee has attempted to prepare separate schedules and statements of financial affairs for each of the debtors and has separated assets and liabilities where the Chapter 7 Trustee could reasonably do so.

The Trustee does not make any representation regarding the accuracy or completeness of the information contained in the Schedules. The Trustee reserves the right to update, supplement and amend the Schedules. Nothing contained or described herein should be deemed as an admission or waiver of any of the Trustee's rights, defenses or remedies in connection with this Chapter 7 case or the Chapter 7 cases of Victor Jacobs and Jacob Jacobs.

When the Schedules indicate that a claim is secured only in part or entitled to priority only in part, it has been listed only once. A claim which is secured in whole or in part is listed in Schedule "B" only and a claim which is entitled to priority in whole or in part is listed in Schedule "E" only. The same claim has not been listed twice.

When the Schedules indicate "None" in response to a question that merely indicates that the Trustee is unaware of any response to the question to the best of the Trustee's knowledge, information and belief based upon the information made available to obtained by or compiled by the Trustee.

When the Schedules indicate 0.00 as a subtotal or total, such amount should be read as unknown.

Date: _____2/9/04_____       _____
                              Signature of Attorney
                              **Allan B. Mendelsohn, Chapter 7 Trustee for Herman Jacobs**

116 Rutledge Corp.
116 Rutledge Street
Brooklyn, NY 11211


116 Rutledge Corp.
139 Rodney Street
Brooklyn, NY 11211


171 Park Lane Corp.
171 Park Lane
Monsey, NY 10952


171 Park Lane Corp.
P.O. Box 743
Monroe, NY 10950


2-Tel Communications
601 S. Harbour Isl. Blvd
Suite 220
Tampa, FL 33602


308 Mordche, Inc.
308 Mordche Scher Blvd.
Unit 3K
Monroe, NY 10950


930 Flushing LLC
930 Flushing Avenue
Brooklyn, NY 11206


930 Flushing LLC
4706 18th Avenue
Brooklyn, NY 11204


A&M Enterprises
385 Union Avenue
Brooklyn, NY 11211


A&S Discount
385 Union Avenue
Brooklyn, NY 11211


A-1 Medical Supply Corp.
40 Noelle Street
Brooklyn, NY 11206

A-Z RX LLC
13 George Street
Brooklyn, NY 11206


Abi Trauber
63 Heyward Street
Brooklyn, NY 11211


Actrade
Seven Penn Plaza
Suite 422
New York, NY 10001


Adalbert Lefkowits
1219 57th Street
Brooklyn, NY 11219


Agriprocessors, Inc.
P.O. Box 920
Pottsville, IA


All Computer Accessories
  USA
149 Penn Street
Brooklyn, NY 11201


Ari Jacobs
695 Bedford Avenue
Brooklyn, NY 11206


Ari Jacobs
c/o Backenroth, Frankel
  & Krinsky, LLP
489 Fifth Avenue
New York, NY 10017


Arrarat Associates
385 Union Avenue
Brooklyn, NY 11211


Arrow Distributing Corp.
225 Route 32
Highland Mills, NY 10930

Artistic Wood
  Carving, Inc.
c/o Clair & Gjertsen ESQS
720 White Plains Road
Scarsdale, NY 10583


Aryeh Gutman
63 Heyward Street
Brooklyn, NY 11219


AT&T
Natl Subpoena Compliance
  Center
P.O. Box 24679
West Palm Beach, FL 33416-4679


AT&T Wireless
One AT&T Way
Bedminster, NJ 07921


Backenroth, Frankel
  & Krinsky, LLP
Attn: Scott Krinsky, Esq.
489 Fifth Avenue
New York, NY 10017


Bela Grunwald
1168 44th Street
Brooklyn, NY 11219


BN Wholesale
930 Flushing Avenue
Brooklyn, NY 11206


Buy & Save Trading
183 Wilson Street
Brooklyn, NY


Capital Sales
80 Ainslie
Brooklyn, NY


Chaim Berkowitz
139 Rodney Street
Brooklyn, NY

Chanie Jacobs
171 Hooper Street
Brooklyn, NY 11211


Chanie Jacobs
c/o Backenroth, Frankel
 & Krinsky, LLP
489 Fifth Avenue
New York, NY 10017


Charles J. Piven, Esq.
The World Trade Center -
 Baltimore
401 E. Bratt St, Ste 2525
Baltimore, MD 21202


Commonwealth Trading, Inc
200 Park Avenue
Suite 303E
New York, NY 10166


Congregation Yaldi Rasbie
461 Bedford Avenue
Brooklyn, NY 11211


Congress Financial
 Corporation
1133 Ave. of the Americas
New York, NY 10036


Consolidated Edison
 Company
Cooper Station
P.O. Box 138
New York, NY 10276-0138


Crestec Ltd.
17 Gloucester Gardens
London, UK


CSSI
1467 51st Street
Brooklyn, NY 11219

David Shamilzadeh
50 Emjay Blvd.
Brentwood, NY 11717


Design By Glory, Ltd.
2 West 46th Street
Rm 602
New York, NY 10036


Dixie EMS Supply USA LLC
c/o Backenroth, Frankel
  & Krinsky, LLP
489 Fifth Avenue
New York, NY 10017


Dixie EMS Supply USA, LLC
385 Union Avenue
Brooklyn, NY 11211


DJ Industrial Equipment
  Corp.
345 Hewes Street
Brooklyn, NY 11211


Domingo A. Dominquez
1004 Flushing Avenue
Brooklyn, NY


E.F. Trading Corp.
P.O. Box 190833
Brooklyn, NY 11219


E.T. Trading Ltd.
88 35th Street
Brooklyn, NY 11232


Econ Energy
P.O. Box 1020
Spring Valley, NY 10977


Eli Katz
5117 20th Avenue
Brooklyn, NY 11204

Eurofactors International
P.O. Box 1716
CH 8040
Zurich, Switzerland


Eurofactors International
c/o Stuart D. Meissner
1372 Broadway
Suite 1402
New York, NY 10018


Eva Silberstein
176 Penn Street
Brooklyn, NY 11211


Eva Silberstein
c/o Backenroth, Frankel
 & Krinsky, LLP
489 Fifth Avenue
New York, NY 10017


Ever Ready First Aid
 Medical Supply Corp.
385 Union Avenue
Brooklyn, NY 11211


Ever Ready First Aid
 Medical Supply Corp.
c/o Backroth, Frankel
489 Fifth Avenue
New York, NY 10017


Evergreen Warehouse, Inc.
80 Evergreen Avenue
Brooklyn, NY 11206


EZ Pass
One Edgewater Plaza
Staten Island, NY 10301


F&B Distributing Co.
5 Dakota Drive
Lake Success, NY

Farmington Manor, Inc.
c/o Shaw Pittman LLP
Attn: Akiba Stern
335 Madison Avenue
New York, NY 10017


Farmington Manor, Inc.
Route 6
Farmington, CT 06032


Farmington Realty Co.
385 Union Avenue
Brooklyn, NY 11211


Farmington Realty Co.
c/o Shaw Pittman LLP
Attn: Akiba Stern
335 Madison Avenue
New York, NY 10017


Favorite Trading Corp.
1484 46th Street
Suite 202
Brooklyn, NY 11219


Fleet National Bank
c/o Levi Lubarsky
& Feigenbaum LLP
845 Third Avenue, 21st Fl
New York, NY 10022


Fleet National Bank
P.O. Box 2197
Boston, MA 02106-2197


Florida General
  Equities, Inc.
c/o Katcher & Scharlin
900 West 49th Street
Hialeah, FL 33012


Florida General
  Equities, Inc.
Miami Natl Bank Building
8101 Biscayne Blvd.
Miami, FL 33138

Forest Hills LLC
314 McDonald Avenue
Brooklyn, NY


Forest Lots LLC
4706 18th Avenue
Brooklyn, NY 11204


Forest Lots, LLC
314 McDonald Avenue
Brooklyn, NY


Four Jacobs Realty Corp.
385 Union Avenue
Brooklyn, NY 11211


Fred Taylor Isquith, Esq.
Wolf Haldenstein Adler
  Freeman & Herz LLP
270 Madison Avenue
New York, NY 10016


G&L Wholesale/Giant
Marketing
774 39th Street
Brooklyn, NY 11232


GFI Mortgage
  Bankers, Inc.
50 Broadway
New York, NY 10004


GMAC Mortgage Corp.
100 Witner Road
Horsham, PA 19044


GMAC Mortgage Corp.
3451 Hammond Avenue
Waterloo, IA 50704-0780


Greenpoint Mortgage
2300 Brookstone Centre
  Parkway
Columbus, GA 31904

H.I.L. Associates, Ltd./
Hills Merch
1484 46th Street
Brooklyn, NY 11219


Herjac Realty LLC
385 Union Avenue
Brooklyn, NY 11211


Hershal Weber
c/o Congregation Yaldi
  Rashbie
461 Bedford Avenue
Brooklyn, NY 11211


Heyward St. Holding Corp.
29 Heyward Street
Brooklyn, NY 11211


I.B. Handelman/
  Irvin Brown
1473 51st Street
Brooklyn, NY 11219


Imagin Industries, Inc.


Impax Trading
385 Union Avenue
Brooklyn, NY 11211


Independence Community
  Bank
195 Montague Street
Brooklyn, NY 11201


Infinite Solutions Group
800 Snediker Avenue
Brooklyn, NY 11207


Internal Revenue Service
Special Procedures
  Function
PO Box 60
Brooklyn, NY 11201

International Consumer
7301 W. Palmetto Prk Rd.S
Boca Raton, FL 33433

Jacob Frielich
116 Rutledge Street
Brooklyn, NY 11211

Jacob Jacobs
171 Hooper Street
Brooklyn, NY 11211

Joseph Grunwald
1855 50th Street
Brooklyn, NY 11204

Joseph Grunwald
1168 44th Street
Brooklyn, NY 11219

Joseph Jacobowitz
1168 44th Street
Brooklyn, NY 11219

Joseph Sander/Jasco & So
3720 14th Avenue
Brooklyn, NY 11218

Joseph Weiss
39 Heyward Street
Unit 6
Brooklyn, NY 11211

K-R Residence Corp.
570 Wythe Avenue
Units 6A, 7A & 7B
Brooklyn, NY 11211

K-R Residence Corp.
576 Wythe Avenue
Unit 5A
Brooklyn, NY 11211

K-R Residence Corp.
580 Wythe Avenue
Unit 7D
Brooklyn, NY 11211

K-R Residence Corp.
1168 44th Street
Brooklyn, NY 11219

Kaja Equities Corp.
562 Bedford Avenue
Brooklyn, NY 11206

Kenneth P. Silverman
Silverman Perlstein
 & Acampora
100 Jericho Quadrangle
Jericho, NY 11753

Kent-Rush Realty Corp.
385 Union Avenue
Brooklyn, NY 11211

Keyspan
PO Box 9039
Hicksville, NY 11802-9039

Kimberley Trading
  & Holding
P.O. Box 146
Road Town, NY

Klari Neuwelt, Esq.
110 East 59th Street
29th Floor
New York, NY 10022

L&M Impex, Inc.
Brooklyn Navy Yard,
Bldg. 77
Brooklyn, NY 11205

Lanac Sales Co., Inc.
500 Driggs Avenue
Brooklyn, NY

Lanac.com, Inc.
500 Driggs Avenue
Brooklyn, NY 11211


Laurels Operating LP
d/b/a Laurels Nursing
 & Rahbilitation Center
550 9th Avenue S
St. Petersburg, FL


Leah Mittleman
189 Wallabout Street
Unit 8D
Brooklyn, NY 11206


Light Networks
2700 Northeast Expressway
Suite B450/900
Atlanta, GA 30345


Lixt Networks, Inc.



Marc A. Pergament, Esq.
Weinberg, Kaley, Gross
 & Pergament, LLP
400 Garden City Plaza
Garden City, NY 11530


Marketing Mart
18 Leonard Street
New York, NY 10013


Mayer Rispler & Co.
18 Heyward Street
Brooklyn, NY 11211


Mayer Rispler & Co.
c/o Steinberger Cavaliere
Attn: Jay Zelermeyer
50 Main Street
White Plains, NY 10606


Medical Supply Corp.
385 Union Avenue
Brooklyn, NY 11211

Merja Associates LLC
930 Flushing Avenue
Brooklyn, NY 11206


Mom and Sons' Realty LLC
385 Union Avenue
Brooklyn, NY 11211


Morgren Corp.
1484 46th Street
Brooklyn, NY 11219


Moshe Werzberg
c/o Lanac Sales Co., Inc.
500 Driggs Avenue
Brooklyn, NY


Nechamia Werzberg
c/o Lanac Sales Co., Inc.
500 Driggs Avenue
Brooklyn, NY


New York City Dept. of
Environmental Protection
59-17 Junction Blvd.
10th Floor
Elmhurst, NY 11373


Norela


NYC Department of
  Taxation & Finance
P.O. Box 192
Albany, NY 12201-0192


NYC Department of Finance
Church Street Station
P.O. Box 3600
New York, NY 10008


NYS Dept. of Taxation
  & Finance
Tax Compliance Division
State Campus, Bldg. 8
Albany, NY 12227

NYS Dept. of Taxation
  & Finance
1740 Broadway
New York, NY 10019-4357


NYS Sales Tax
PO Box 258
Church Street Station
New York, NY 10009-2058


Office Essentials Company
/Utmost Office
56-24 Flushing Avenue
Maspeth, NY 11378


Olbex International
Trading Corp., Ltd.
17 Gloucester Gardens
London, UK


Olympia Mortgage
  Corporation
c/o McCalla, Raymer, etal
1544 Old Alabama Road
Roswell, GA 30076


Olympia Mortgage
c/o Schiller & Knapp LLP
950 New London Rd
Attn: William B. Schiller
Latham, NY 12110


Olympia Mortgage
1716 Coney Island Ave.
Attn: Daniel Crabtree
Brooklyn, NY 11230


Osceola County
P.O. Box 2105
Kissimee, FL 32742-2105


Otterbourg Steindler
 Houston & Rosen PC
230 Park Avenue
Attn: Jonathan Helfat
New York, NY 10169-0075

Otterbourg Steindler
Houston & Rosen PC
230 Park Avenue
Attn: Richard Haddad, Esq
New York, NY 10169-0075


Phillips Nizer LLP
Attn: Helen Davis
Chaitman, Esq.
666 Fifth Avenue
New York, NY 10103-0084


Rank Associates


Reckil, Inc.
385 Union Avenue
Brooklyn, NY 11211


RFE Investment Partners
VI, L.P.
Attn: Michael J. Foster
36 Grove Street
New Canaan, CT 06840


Robert Butler
c/o Abbey Gardy, LLP
212 East 39th Street
New York, NY 10016


Ropes & Gray, LLP
45 Rockefeller Plaza
Attn: David S. Elkind
New York, NY 10111-0087


RW 930 Flushing LLC
4706 18th Avenue
Brooklyn, NY 11204


RW 930 Flushing LLC
930 Flushing Avenue
Brooklyn, NY 11211


Sara Freilich
116 Rutledge Street
Brooklyn, NY 11211

Sara Jacobs
114 Rutledge Street
Brooklyn, NY 11211


Sara Jacobs
c/o Backenroth, Frankel
  & Krinsky, LLP
489 Fifth Avenue
New York, NY 10017


Sara Mertz
171 Park Lane
Monroe, NY 10950


Sara Mertz
c/o Chanie Mertz
48 Satmar Drive
Monroe, NY 10950


Scheindel Jacobowitz
1168 44th Street
Brooklyn, NY 11219


SE-Roebuck Ltd.
370 Orange Street
Newark, NJ 07107


Sobel Supply, Inc.
62 W. 47th Street
New York, NY 10036


Stanev Associates LLC
80 Evergreen Avenue
Brooklyn, NY


State of New York
Office of the Attorney
 General
120 Broadway
New York, NY 10271


Sterling Properties
274 Marcy Avenue
Brooklyn, NY 11211

Studio 12, Inc.
217 Rutledge Street
Brooklyn, NY 11211

Sylvia Domb
176 Penn Street
Brooklyn, NY 11211

Sylvia Domb
c/o Backenroth, Frankel
  & Krinsky, LLP
489 Fifth Avenue
New York, NY 10017

T Mobile
12920 SE 38th Street
Bellevue, WA 98006

T Mobile
Law Enforcement Relations
  Group
4 Sylvan Way
Parsippany, NJ 07054

Terexa Merchandising
1484 46th Street
Brooklyn, NY 11219

The City of New York
Department of Finance
P.O. Box 32
New York, NY 10008-0032

TJ Associates, LLC
385 Union Avenue
Brooklyn, NY 11211

Union Brothers, LLC
385 Union Avenue
Brooklyn, NY 11211

Union Brothers, LLC
c/o Backenroth, Frankel
  & Krinsky, LLP
489 Fifth Avenue
New York, NY 10017

Unit 206 Corp.
15 Getzel Berger Blvd.
Unit 206
Monroe, NY 10950


United States Attorney
Attn: Chief of Bankruptcy
  Litigation
One Pierrepoint Plaza
Brooklyn, NY 11201


US Dept. of Justice, Tax
Box 55
Ben Franklin Station
Washington, DC 20044


Verizon
Office of Integrity
 & Compliance
51 Chubb Way
Branchburg, NJ 08876


Verizon Wireless
2000 Corporate Drive
Orangeburg, NY 10962


Victor Jacobs
176 Penn Street
Brooklyn, NY 11211


Walben Co.
58 Powell Court
North Babylon, NY 11703


Yehuda Yerachmiel
Halevi Gruber
85 Division Avenue
Brooklyn, NY 11211

Form B 21 Official Form 21
(12/03)

FORM 21. STATEMENT OF SOCIAL SECURITY NUMBER

# United States Bankruptcy Court
## Eastern District of New York

In re  **Herman Jacobs**
                                        Debtor

Case No.  **03-84455 (MLC)**

Address   116 Rutledge Street, Brooklyn, NY 11211

Chapter  **7**

Employer's Tax Identification (EIN) No(s). [if any]:
Last four digits of Social Security No(s).:   4857

STATEMENT OF SOCIAL SECURITY NUMBER(S)

1. Name of Debtor (enter Last, First, Middle): **Jacobs, Herman**
(Check the appropriate box and, if applicable, provide the required information.)

/ x / Debtor has a Social Security Number and it is: **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**
(If more than one, state all.)

/ / Debtor does not have a Social Security Number.

2. Name of Joint Debtor (enter Last, First, Middle): **None**
(Check the appropriate box and, if applicable, provide the required information.)

/ / Joint Debtor has a Social Security Number and it is:
(If more than one, state all.)

/ / Joint Debtor does not have a Social Security Number.

X  _____  2/9/04
   Allan B. Mendelsohn, Chapter 7        Date
   Trustee for Herman Jacobs

X  _____
   Signature of Joint Debtor             Date

*Joint debtors must provide information for both spouses.*
*Penalty for making a false statement:* Fine of up to $250,000 or up to 5 years imprisonment or both.  18 U.S.C. §§ 152 and 3571.