UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
AT CENTRAL ISLIP

---------------------------------------------------------X

In Re: Chapter 7
Case No. 803-84455-ESS

Herman Jacobs,

**CASE NARRATIVE**

Debtor.

---------------------------------------------------------X

The debtor was one of the principals of ALLOU HEALTHCARE ("ALLOU"). Following the bankruptcy filing by ALLOU, involuntary Chapter 7 cases were filed against all 3 of the principals, JACOB, VICTOR and HERMAN JACOBS ("JACOBS").

A Trustee was appointed in the ALLOU cases and over the past 13 years engaged in the liquidation of their assets and related litigation.

All of the individual JACOBS debtors were convicted of crimes in connection with the operations of ALLOU and, more specifically, insurance fraud that was perpetrated by them.

Orders for relief were entered in each involuntary case. For the first 6 – 12 months, the Trustee was involved in the daily operation of several entities the principals were operating.

All of the businesses were then liquidated or closed. The Trustee then focused on liquidating the assets of each individual debtor, consisting of real property and Article 5 actions.

After Court approved sales of the real properties closed and settlement, or other resolution, of the other litigations, the administration was concluded and final estate tax returns were prepared and filed.

There was a delay in filing the final report due to a dispute between 2 largest creditors, each asserting basically identical claims against the ALLOU Chapter 7 Trustee and Congress Financial, the largest creditor in the ALLOU case. When those duplicative claims were ultimately resolved, the case could be closed.