# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−8 | User: dcapers | Date Created: 2/9/2018 |
| Case: 8−03−84455−ess | Form ID: 205 | Total: 12 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr | Allan B. Mendelsohn | amendelsohn@amendelsohnlaw.com |
| aty | Adam L Rosen | arosen@diamondmccarthy.com |
| aty | Alan Marder | lgomez@msek.com |
| aty | David A Blansky | dab@lhmlawfirm.com |
| aty | Jeremy Rosenberg | jeremy@eisenbergerlaw.com |
| aty | Jil Mazer−Marino | jmazermarino@msek.com |
| aty | Rachel P Stoian | rps@lhmlawfirm.com |
| aty | Salvatore LaMonica | sl@lhmlawfirm.com |

TOTAL: 8

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| adb | Herman Jacobs | 116 Rutledge Street Brooklyn, NY 11211 |
| aty | Adam L Rosen | Rosen Slome Marder LLP 333 Earle Ovington Boulevard Ninth Floor Uniondale, NY 11533 |
| aty | Jeremy Rosenberg | The Law Office of Sheldon Eisenberger 30 Broad Street New York, NY 10004 |
| smg | United States Trustee | Office of the United States Trustee Long Island Federal Courthouse 560 Federal Plaza Central Islip, NY 11722−4437 |

TOTAL: 4